UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALDA MURFREE-FLEMING**<br>**212 Dauntly Street**<br>**Upper Marlboro, MD 20774**<br><br>     **Plaintiff,**<br><br>          v.<br><br>**JAMES H. BILLINGTON,**<br>**In his official capacity as**<br>**Librarian of Congress**<br>**101 Independence Avenue**<br>**Washington, N.W. 20540**<br><br>     **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-1180 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF ATTORNEY APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Julia Douds as counsel for Defendant in the above-captioned case.

             ____/s/_____
             JULIA K. DOUDS
             Special Assistant United States Attorney
             Civil Division
             555 Fourth Street, N.W.
             Washington, D.C.  20530
             (202) 514-5134
             Julia.Douds@usdoj.gov