UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA MURFREE-FLEMING )<br>)<br>      Plaintiff, )<br>)<br>   v. )<br>)<br>JAMES H. BILLINGTON, )<br>In his official capacity as )<br>Librarian of Congress )<br>)<br>)<br>      Defendant. )<br>_____) | Civil Action No. 05-1180 (HHK) |

**DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO ANSWER
OR OTHERWISE RESPOND TO COMPLAINT**

   Defendant, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for a two-week enlargement of time within which to file an answer, or otherwise respond to Plaintiff's Complaint to August 30, 2005. Defendant's response is currently due on August 15, 2005.

   In order to comply with Local Rule 7(m), the undersigned attempted to contact counsel for Plaintiff by telephone on August 1, 2005, and August 2, 2005, and left detailed messages explaining her intention to file this motion. However, counsel for Plaintiff has not yet returned the calls, thus the undersigned does not know Plaintiff's position on this motion.

   This case seeks redress under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et. seq. Defendant anticipates filing a dispositive motion in lieu of an answer, but the undersigned will need additional time to consult with agency counsel in order to prepare the

motion. In addition, the undersigned will be out of the office from August 4 - August 10, 2005, contributing to the need for additional time. The enlargement will permit a more full and efficient resolution of the case, is sought in good faith, and it does not appear that Plaintiff would be unfairly prejudiced by this enlargement.

WHEREFORE, based on the foregoing, Defendant respectfully requests an extension of time to and including August 30, 2005, to answer or otherwise respond to Plaintiff's Complaint.

August 3, 2005                                    Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

_____
JULIA K. DOUDS
Special Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-5134