UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALDA MURFREE-FLEMING** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. 05-1180 (HHK)** |
| ) | |
| **JAMES H. BILLINGTON,** ) | |
| In his official capacity as ) | |
| Librarian of Congress ) | |
| ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

ORDER

UPON CONSIDERATION of the motion by Defendant for an enlargement of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2005,

ORDERED that the due date for Defendant to answer, move, or otherwise respond to the Complaint is hereby extended to and including August 30, 2005.

_____
UNITED STATES DISTRICT JUDGE