UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA MURFREE-FLEMING<br>212 Dauntly Street<br>Upper Marlboro, MD 20774<br><br>    Plaintiff,<br><br>v.<br><br>JAMES H. BILLINGTON,<br>In his official capacity as<br>Librarian of Congress<br>101 Independence Avenue<br>Washington, N.W. 20540<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-1180 (HHK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Defendants respectfully request that the Clerk of the Court enter the appearance of Assistant United States Attorney John Henault as counsel for Defendant in the above-captioned case and withdraw the appearance of Special Assistant United States Attorney Julia Douds, who has left this office.

September 22, 2005                         Respectfully submitted,


                                                                   /s/
                                                JOHN HENAULT, D.C. Bar #472590
                                                Assistant United States Attorney
                                                555 4th Street, N.W.
                                                Washington, D.C. 20530
                                                (202) 307-1249