UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA MURFREE-FLEMING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>In his official capacity as )<br>Librarian of Congress, )<br>)<br>Defendant. )<br>_____) | No. 05-1180 (HHK) |

## RULE 16.3 REPORT

Pursuant to this Court's November 5, 2005 Order, Local Civil Rule 16.3 and Federal Rules of Civil Procedure 26(f), defendant James H. Billington submits this Rule 16.3 Report. Although this Court's Order and the Rules contemplate a joint report, defendant has attempted to reach counsel for plaintiff on several occasions and left messages for her, but, as of the filing of this Report, those messages have not been returned.  Thus, defendant is not able to report to the Court on plaintiff's position regarding the following issues.

**1.     Likelihood This Case Will Be Disposed Of By Dispositive Motion**

Defendant believes that this Case will be resolved by dispositive motion following the close of discovery.

**2.     Date For Joining Other Parties**

Defendant does not anticipate joining additional parties

**3.     Assignment To A Magistrate Judge**

Defendant does not consent to the assignment of this case to a Magistrate Judge for all purposes.

**4.     Possibility Of Settlement**

Defendant does not believe there is a possibility of settlement at this early stage of the litigation, but will reevaluate his positions as discovery progresses.

**5.     Alternative Dispute Resolution**

Defendant believes that, although there is little possibility of settlement at this time, this case would benefit from the assignment of the case to a Magistrate Judge for settlement purposes following the close of discovery.

**6.     Dispositive Motion Schedule**

Defendant proposes that dispositive motions should be due 45 days after the close of discovery, oppositions filed 30 days thereafter, and replies filed 20 days after oppositions.

**7.     Initial Disclosures**

Defendant proposes that initial disclosures should be made in accordance with the Federal Rules of Civil Procedure.

**8.     Discovery**

Defendant proposes that discovery begin with the issuance of a scheduling order and end 180 days thereafter.

**9.     Expert Reports**

Defendant proposes that plaintiff make all 26(a)(2) disclosure 60 days prior to the close of discovery and defendant shall make all 26(a)(2) disclosures 30 days prior to the close of discovery. Experts may be deposed up to the close of discovery.

**10.    Class Actions**

This topic is not applicable to this case.

**11.     Bifurcation Of Trial Or Discovery**

Defendant does not believe that bifurcation is not necessary in this action.

**12.     Pretrial Conference Schedule**

Defendant proposes that the Court should set a status conference following the conclusion of discovery and schedule a pretrial conference at that status conference.

**13.     Trial Date**

Defendant proposes that the Court should set a trial date at the pretrial conference.

**14.     Other matters**

None.

## STATEMENT OF THE CASE

Plaintiff Valda Murfree-Fleming is an African-American female who brings this case pursuant to Title VII alleging employment discrimination on the basis of race and gender. Specifically, plaintiff alleges that she was discriminated against by the result of a Library-implemented reorganization of the Integrated Support Services, Contracts and Logistics Services.

Plaintiff's allegations are entirely without merit; defendant's actions regarding plaintiff were at all times legal and proper. Regarding plaintiff's claims of discrimination, defendant did not take any actions against plaintiff on the basis of race or gender. Because defendant's actions were legal and proper at all times, plaintiff is not entitled to any of her requested relief, or any relief whatsoever.

January 27, 2006                                    Respectfully submitted,


  /s/
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

  /s/
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

  /s/
JOHN F. HENAULT, D.C. BAR # 472590
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 307-1249
(202) 514-8780 (facsimile)

Counsel for Defendant