UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VALDA MURFREE-FLEMING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>In his official capacity as )<br>Librarian of Congress, )<br>)<br>Defendant. )<br>_____) | No. 05-1180 (HHK)<br><br>Status Conference:<br>September 1, 2006 9:45 am |

**UNOPPOSED MOTION FOR AN EXTENSION OF DISCOVERY
FOR THE SOLE PURPOSE OF DEPOSING PLAINTIFF**

Defendant James H. Billington, in his official capacity as Librarian of Congress, respectfully requests that the Court amend the February 14, 2006 Scheduling Order issued in this action and extend discovery until September 15, 2006 for the sole purpose of permitting defendant to take plaintiff's deposition. In light of the need to extend discovery, defendant also requests that the Court extend the dates set for the filing of dispositive motions by one month, making defendant's motion due on or before October 12, plaintiff's opposition due on or before November 13, and defendant's reply due on or before December 2. This request is necessary for the reasons set forth below.

Pursuant to the Scheduling Order in this action, discovery is currently set to close on August 8, 2006. In anticipation of this date, defendant noted the deposition of plaintiff for August 3, 2006. In response to the notice of deposition, plaintiff's counsel informed counsel for defendant that she was out of town and would not return to the area until late in the day August 14, 2006, making a deposition of plaintiff on August 3 impossible. Thus, defendant is unable to depose plaintiff within the discovery period set by the Court's Scheduling Order. In light of the

need to extend discovery to take plaintiff's deposition, defendant also requests that the Court amend the dispositive motion schedule by extending all dates by one month, which will result in the following schedule: defendant's motion due on or before October 12, plaintiff's opposition due on or before November 13, and defendant's reply due on or before December 2.

Pursuant to Local Civil Rule 7(m), plaintiff consents to this request.

August 2, 2006                                       Respectfully submitted,


\_\_\_\_/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney

\_\_\_\_\_/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249