## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VALDA MURFREE-FLEMING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1180 (HHK) |
| | ) | |
| JAMES H. BILLINGTON, | ) | |
| In his official capacity as | ) | |
| Librarian of Congress, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter comes before the Court on defendant's unopposed motion to extend discovery for the sole purpose of permitting defendant to depose plaintiff. After considering defendant's unopposed motion and the record herein, it appears that good cause exists for defendant's motion. Accordingly, it is this _____ day of _____, 2006,

ORDERED, that defendant's motion is GRANTED. The February 14, 2006 Scheduling Order is hereby amended as follows: discovery shall close on September 15, 2006. Dispositive motions are doe by October 12, 2006. Oppositions to dispositive motions are due by November 13, 2006. Replies are due on December 2, 2006.

_____
Henry H. Kennedy
United States District Court

cc:    Counsel of Record via ECF