COPY

1              UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF COLUMBIA

3

4    - - - - - - - - - - - - - - - x

5    VALDA MURFREE-FLEMING,           :

6           Plaintiff,               :

7    vs.                             :        No. 05-1180 (HHK)

8    JAMES H. BILLINGTON,            :

9    in his official capacity as     :

10   Librarian of Congress,          :

11          Defendant.              :

12   - - - - - - - - - - - - - - - x

13                              Washington, D.C.

14                              Wednesday, August 30, 2006

15

16   Whereupon,

17              VALDA MURFREE-FLEMING

18   the Plaintiff, called for examination by counsel for the

19   Defendant, pursuant to notice and agreement of counsel as to

20   time and place, at 501 3rd Street, N.W., Washington, D.C.,

21   where were present on behalf of the parties:

22

23

24

25

```
 1   APPEARANCES:

 2              On Behalf of the Plaintiff:

 3              BOBARA E. LILES, ESQUIRE

 4              (301) 350-0991

 5

 6              On Behalf of the Defendant:

 7              JOHN F. HENAULT, JR., ESQUIRE

 8              Assistant U.S. Attorney

 9              U.S. Department of Justice

10              555 4th Street, N.W.

11              Washington, D.C.  20530

12              (202) 307-1249

13

14   Also present:

15              JULIA DOUDS, ESQUIRE

16              Assistant General Counsel

17              Library of Congress

18

19              JESSE JAMES, JR., ESQUIRE

20              Associate General Counsel

21              Library of Congress

22

23

24

25
```

1    A    GS-6.

2    Q    Other than, than what we've just talked about,

3  leaving aside the Library of Congress, does everything you

4  have just given me pretty much cover your employment history

5  throughout your career?

6    A    I would say so.

7    Q    So you've previously said you joined the Library of

8  Congress in 1991, correct?

9    A    Yes.

10    Q    In what capacity?

11    A    A supervisor of the correspondence unit in our

12  copyright office.

13    Q    Okay.  What were your duties there?

14    A    I would oversee from 6 to 10 employees, and in that

15  position we registered copyrights, and I would oversee the

16  employees to make sure that they sent out the proper

17  correspondence.  I performed training.  I did hiring,

18  evaluations, also trained work-study students and that's,

19  that's probably the gist of it.  All kinds of personnel

20  actions.

21    Q    Okay, and then correct me if I'm wrong, but in

22  October 16th, 1994, you became a professional development

23  associate -- an affirmative action associate, correct?

24    A    That's correct.

25    A    And that is under the, the Library of Congress's

1    Q    What has been marked as Exhibit 2 is an SF-50

2 promoting you from a professional development associate,

3 affirmative action associate to a procurement specialist,

4 correct?

5    A    Correct.

6    Q    And that's at the GS-9 level?

7    A    Yes.

8    Q    And the effective date is October 15, 1995?

9    A    Yes.

10    Q    Okay, so you spent a year in the affirmative action

11 associate position, and then we see training, and we're

12 promoted to a procurement specialist position, correct?

13    A    Yes.

14    Q    Now this position, if you look at box 17, this

15 position is classified as a GS-1102-9 position, correct?  I'll

16 point that out for you right here, ma'am.  Where -- right

17 there.

18    A    Okay, yes.

19    Q    Okay, this is a career ladder position.  Isn't that

20 right?

21    A    Yes.

22    Q    And the career ladder for the procurement specialist

23 position starts at 7, goes to 9, then at 11, correct?

24    A    Can I go back to that?  You say is it a career

25 ladder --

1    Q    Yes, ma'am.

2    A    -- ladder position.  Okay.

3    Q    It's, it's a career ladder position, right?

4    A    Okay, I, I think -- yeah, I'm sure it is.

5    Q    Okay.

6    A    It's a professional position -- I mean professional

7  series.

8    Q    Okay, and you started out as a GS-9?

9    A    In this series.

10   Q    In, in -- as a procurement specialist, yes, ma'am?

11   A    Yes.

12   Q    Okay, and the top of the career ladder for this

13 procurement specialist position is GS-11, right?

14   A    I'm not sure of that.

15   Q    Okay.

16   A    Yeah --

17   Q    We'll get to that.  Is your understanding of the

18 procurement specialist position that you would be promoted

19 basically just after being at the library for roughly a year?

20   A    After being there a year?

21   Q    Yes, ma'am.

22   A    After being here --

23   Q    After being a procurement specialist grade 9 for a

24 year, did you understand that, that -- or roughly a year you

25 would receive a promotion to the GS-11 grade?

```
 1      A     Yes.

 2                   (Whereupon, the document referred to as Exhibit

 3             No. 3 was introduced into evidence.)

 4             BY MR. HENAULT:

 5      Q     Okay.  Please take a look at what has been marked as

 6  Exhibit 3.

 7      A     Okay.

 8      Q     Now what has been marked as Exhibit 3 is an SF-50

 9  effective November 10, 1996, and that's promoting you in the

10  procurement specialist position from GS-9 to GS-11, right?

11      A     Yes.

12      Q     This wasn't a position that you had to apply for, a

13  promotion that you had to apply for, was it?

14      A     I didn't apply for it, no.

15      Q     You didn't have to --

16      A     Anymore --

17      Q     -- you didn't have to interview?

18      A     No.

19      Q     You didn't have to compete?

20      A     No, I don't -- wait a minute.  I don't remember

21  competing.

22      Q     Okay.  You believe that you just -- because you had

23  been the GS-9 procurement specialist for just over a year you

24  were entitled to -- or if you performed successfully in that

25  position you were entitled to or could receive a GS-11
```

1    7/1/1998, so I don't have a copy that has that, that date.  I

2    will try to get you a better copy but --

3           A    Yes, I see it, except for the date being cut off.

4           Q    Right.  What --

5           A    And this column over here, I don't know what that

6    is.

7           Q    Okay.

8           A    That whole side is cut off.

9           Q    What has been marked as Exhibit 4 is, is an SF-50

10   for you reassigning your position from a procurement

11   specialist to the title of contract specialist, correct?

12          A    Yes, I see that.

13          Q    And that's a GS-1102 grade 11, correct?

14          A    Yes.

15          Q    And I know we can see that the effective date is

16   July 19, but the year is cut off, correct?

17          A    Yes.

18          Q    If you look down at the bottom, this was approved by

19   the director of personnel on 7/10/1998, right?

20          A    Yes.

21          Q    Do you recall this happening in 1998, that your

22   title -- you were reassigned from procurement specialist title

23   to contract specialist?

24          A    I remember it.

25          Q    It was --

31

1    A    I mean I, I mean I know it happened.

2    Q    And, and although we can't see the, the year for the

3  effective date, do you believe that to be 7/19/1998?

4    A    It seems like it would be in line with the

5  signature.

6    Q    Okay.  Can we agree that, that it was --

7    A    It looks like it --

8    Q    -- okay, okay.

9    A    It looks like it is.

10    Q    I -- and the reason I'm asking, I'm not trying to

11  play date games --

12    A    No.

13    Q    -- I'm just trying to set parameters of so we know

14  what year, roughly what position we are talking about?

15    A    Yes.

16    Q    Fair enough?

17    A    Yes.

18    Q    Okay.  Actually, before we move onto that exhibit,

19  let me ask you, ma'am, under -- you can set that down.

20  Look -- take a look at Exhibit 4.  As a contract specialist

21  GS-1102 grade 11 that became effective July of 1998, what do

22  you recall your duties being?

23    A    The duties of a contract specialist are to, to -- we

24  basically purchase for the government, negotiate, make sure

25  that we receive competition, award contracts, award purchase

1    orders, award -- just basically order everything -- purchase

2    everything for the government, for the Library of Congress in

3    this case.

4        Q    Is that the same thing you were doing as a

5    procurement specialist, but your title just changed?

6        A    Yes.

7        Q    Okay.  So since joining the contracts and logistics

8    services division in 1995, okay, October of 1995, that --

9    those were your duties?

10       A    Yes.

11       Q    Okay --

12       A    You mean up to this time?

13       Q    Yes, ma'am.  Yes, ma'am, and as a -- even as a

14   contract specialist, those were still your duties?

15       A    I would say so.

16               (Whereupon, the document referred to as Exhibit

17               No. 5 was introduced into evidence.)

18           MR. HENAULT:  Okay.  Now could you take a look at

19   what has been marked as Exhibit 5 please, ma'am?  Take a look

20   through that, and tell me when you are done please.

21           MS. LILES:  I note for the record that part of this

22   page is also chopped off, although we can make some

23   assumptions.

24           WITNESS:  There are two pages 11s -- there are

25   three.

1      A      Maybe.

2      Q      So you held that temporary position until you were

3   promoted to a permanent GS-12.  Is that accurate or no?

4      A      Yes, that's accurate.

5      Q      Okay, so roughly between June 2004 and November

6   2005, you were temporary detailed into a GS-12 position, and

7   effective roughly November 2005, you were permanently promoted

8   to a GS-12 position?

9      A      Yes.

10      Q      Okay.  Between May of 2001 and roughly June of 2004,

11   you were a GS-11, correct?

12      A      Correct.

13      Q      You were a contract specialist?

14      A      Yes.

15      Q      Under the 1102 series?

16      A      Yes.

17      Q      Okay.  Now please turn to the second page here.

18   Okay, ma'am.  Please read what is listed under the

19   contract/procurement advice and assistance title, those, those

20   two paragraphs.  And tell me when you are done if you would.

21      A      I'm finished.

22      Q      Okay.  Between May of 2001 and June of -- roughly

23   June of 2004 when you were temporary detailed to the GS-12

24   position, did you plan and advise on procurement actions with

25   requesting officers?

55

1      A      On occasion.

2      Q      Okay.

3      A      So that's on -- not regularly.

4      Q      But that was part of your duties as a GS-1102 grade

5  11 contract specialist, correct?

6      A      Yes.

7      Q      Okay.  Did you interpret procurement regulations and

8  policies?

9      A      Yes.

10      Q      Okay.  Those two duties that I have just said were

11  consistent between May 2001 and June of -- roughly June of

12  2004, correct?

13      A      Was it consistent?

14      Q      Yes, ma'am.

15      A      I would say so.

16      Q      Okay.

17      A      Yes.

18      Q      Now let's move on to the next paragraph.  Between

19  May of 2001 and roughly June of 2004 when you were detailed to

20  the temporary GS-12 position, did you provide procurement

21  advice and assistance to program managers?

22      A      Yes.

23      Q      Did you provide that advice to technical and

24  financial specialists?

25      A      I would say technical.  I don't know about the

56

1   financial specialists.

2       Q    Okay.  Did you provide that advice to co-workers

3   between May of 2001 and June of 2004?

4       A    We collaborated.

5       Q    Okay.  Did you provide that advice to others, any

6   others, on contract or procurement policies, problems or

7   issues?

8       A    Within the Library of Congress?

9       Q    Yes, ma'am.  Others, anyone because it doesn't --

10  this doesn't say others necessarily within the Library of

11  Congress.  It just said -- it says -- it used the word

12  "others."

13      A    I would say yes.

14      Q    Okay.  So between May of 2001 and, and roughly June

15  of 2004 this -- the, the details listed under the second

16  paragraph of contract procurement advice and assistance is

17  something that you did consistently?

18      A    Can I ask a question?

19      Q    You certainly may.

20      A    When you said consistently, what do you mean?

21      Q    Was it part of your job duties during that time

22  period?

23      A    You mean did I do it every day or --

24      Q    Not every day but just is it something that you,

25  that you routinely did as part of your job, or is it something

1    that you did as part of your job?

2         A    It's hard for me to say that I did any of these

3    things as routinely as a part of my job, because as I said

4    before, we weren't allowed to do a lot of things.  I mean they

5    may be on this paper, but we weren't allowed, because we were

6    doing small purchases.

7         Q    Okay, ma'am.

8         A    I was doing small purchases.

9         Q    Okay.

10        A    Although I was graveling, trying to get out of the

11   small purchases over to contracts, they -- my superiors held

12   me in small purchases.

13        Q    Okay, I understand that, ma'am.  But the, the

14   details that we have just gone over, is that something that

15   you did in small purchases?

16        A    Yes.

17        Q    Okay.  Please read the paragraph and then one

18   sentence under the heading, "Advertises for products and

19   services."

20             Ma'am --

21             MS. LILES:  -- can't talk to --

22             WITNESS:  Oh.

23             MR. HENAULT:  You need to, to --

24             WITNESS:  Can I take a break?

25             MR. HENAULT:  Not, not yet, ma'am.

1          WITNESS:  Okay.

2          MR. HENAULT:  Actually, you know what, I see that,

3  that you are getting upset.  I'll tell you what.  Let's take a

4  break with the instruction, however, please do not talk to

5  your lawyer about the paragraph that you are reading right now

6  and the duties for this position.  Can we agree with that?

7          MS. LILES:  Agree --

8          COURT REPORTER:  Okay, going off the record, 11:18.

9          (Off the record at 11:18 a.m.  Back on the record at

10  11:22 a.m.)

11          MR. HENAULT:  Okay, before we went off, I asked you

12  to -- services heading of the -- of page 2 of Exhibit 6 which

13  is the contract specialist GS-11-1102 position description.

14  Could you please read that, and let me know when you are done?

15          WITNESS:  Yes.

16          MR. HENAULT:  Okay.  Now the duties listed there,

17  those are duties that you did as a contract specialist between

18  May 2001 and roughly June of 2004, correct?

19          MS. LILES:  Are you asking her that question --

20          MR. HENAULT:  Yes.

21          MS. LILES:  -- or telling her?

22          WITNESS:  Yes.

23          BY MR. HENAULT:

24      Q    Okay, and you did those duties even while in small

25  purchases, correct?

1    A    Yes.

2    Q    And subsequently in large purchases?

3    A    Yes.

4    Q    So those duties have been consistent between the May

5    2001 and June 2004 -- roughly June 2004 time frame, correct?

6    A    Yes.

7    Q    Okay.  The next sentence, "Advertises for a variety

8    of products and services," that's also something you did

9    consistently between May 2001 and June 2004, correct?

10    A    Yes.

11    Q    In small purchases?

12    A    Correct.

13    Q    And large purchases?

14    A    Yes.

15    Q    Okay.  Please look at -- please read what is under

16    the heading, "Negotiates contract termination settlement," and

17    tell me when you are done please, ma'am.

18    Q    No.

19    Q    It is not something you did?

20    A    No.

21    Q    Ever during the --

22    A    No.

23    Q    Okay.  What about -- is that because you have never

24    negotiated for the termination of a contract?

25    A    I don't know why I didn't.

1      Q      Okay, did others --

2      A      I don't know why I didn't do it.

3      Q      Is that something that is routinely done in your

4  office?

5      A      I would say that Kay Klinker and the other team did,

6  the ones who did contracts --

7      Q      Okay, what about after the, the -- Mr. Jasper became

8  the head of everything again, and Ms. Klinker left, is that

9  something that you did then?

10     A      What year?  You mean in -- after 2001 --

11     Q      Okay, let's set some, let's set some parameters

12  here, so we can be perfectly clear for the record.

13     A      I would say no, I didn't do this.  I don't

14  remember --

15     Q      Oh, okay.  Even under Mr. Jasper's supervision?

16     A      I don't remember doing this, no.

17     Q      Okay.  Do you believe that not doing this was

18  discriminatory?

19     A      I can't answer that question.

20     Q      I guess what I need -- part of the process here,

21  ma'am, is where I get to understand and, and I'm entitled to

22  information on your allegations in this lawsuit.  The duties

23  that are listed here under "Negotiates contract termination

24  settlement," do you allege in this lawsuit that you not being

25  able to perform those duties was discriminatory?

1   all the service units.

2       Q   Okay, all dollar levels?

3       A   Yes.

4       Q   Whether it be a purchase for $10 or $10 million,

5   would that be handled under the Contracts and Logistics

6   Services Division?

7       A   Yes.

8       Q   Okay.  Now when you joined the Contracts and

9   Logistics Services Section or Division, that was divided into

10  two sections, correct?

11      A   Yes.

12      Q   And one handled small purchases which were purchases

13  under $100,000, correct?

14      A   At that time, it was under $50,000.

15      Q   Okay, under 50, and the other section handled

16  purchases over $50,000?

17      A   Yes.

18      Q   Okay.  You were on the small purchase team, correct?

19      A   Yes.

20      Q   So you were handling contracts under $50,000?

21      A   Yes.

22      Q   Who was your supervisor at that point?

23      A   When I originally was assigned to the Contracts and

24  Logistics Office, it was Gary Columbia (phonetic sp.).

25      Q   Okay.  What is Mr. Columbia's race?

1    Columbia, and you were on the small purchase section, right?

2        A    Yes.

3        Q    So you handled contracts under $50,000?

4        A    At that time, the limit was 50,000.

5        Q    Okay.  Did that change when Ms. Murphy took over in

6    roughly August of 1998?

7        A    It did.  It -- she attempted to, to make the

8    changes.

9        Q    Okay.  What changes did she attempt to make, ma'am?

10        A    First of all, we were all assigned partners.  We

11    were supposed to partner with the, the white females who were

12    contracting officers that performed contracts over $50,000 to

13    $100,000.

14        Q    So you were now -- correct me if I'm wrong, please,

15    because it's your testimony that matters.  After Ms. Murphy

16    joined, you started working with people to work on contracts

17    that went up to $100,000?

18        A    That was what she, she requested that they do, but

19    it never happened.

20        Q    It was resisted.

21        Q    Okay.  After Ms. Murphy joined in August of 1998 and

22    roughly mid-2001, okay, or let's say November of 2001 when the

23    realignment or reorganization occurred, did you work on

24    contracts that were valued up to $100,000?

25        A    Under -- when Ms. Murphy was --

75

1    Q    Yes.

2    A    Maybe one or two.

3    Q    Okay.  Let me, let me try it this way.  When Ms.

4 Murphy came in in roughly August of 1998, she would have been

5 your second-line supervisor, correct?

6    A    Well, actually she was listed as our -- my

7 supervisor.

8    Q    Okay, but you directly reported to a team leader,

9 correct?

10    A    During that time --

11    Q    Yes, ma'am.

12    A    -- during that time, I did not.  Not originally.

13    Q    Okay.

14    A    When she first came, Deborah Murphy was my

15 supervisor.

16    Q    Okay.  Did there come a time that you then did

17 report to Ms. Kay Klinker as your team leader?

18    A    Yes, later on.

19    Q    When?

20    A    Probably in maybe 2000 or maybe a year later.

21    Q    Okay, so roughly 2000, Ms. Klinker became your team

22 leader, right?

23    A    Between '99 and 2000.

24    COURT REPORTER:  Could you spell her name?

25    MR. HENAULT:  K-L-I-N-K-E-R.

1          COURT REPORTER:  Okay, thank you.

2          BY MR. HENAULT:

3     Q    While you were on Ms. Klinker's team, you

4  administered at least one large contract, and by large I mean

5  over $100,000, correct?

6     A    One.

7     Q    Okay, and how many contracts under $100,000 did you

8  administer?

9     A    The small purchases, probably many.  I mean I, I

10  would never be able to count those.

11     Q    Do you think it would be hundreds or 50 or I mean

12  thousands?

13     A    You mean over, over a 1-year period?

14     Q    Yes, ma'am.

15     A    I really don't know.

16     Q    Okay.

17     A    Yeah.

18     Q    You weren't happy on Ms. Klinker's team, were you?

19     A    No, I wasn't.

20     Q    And you requested a transfer to the team led by

21  Napoleon Jasper, didn't you?

22     A    Yes.

23     Q    Ms. Klinker, just for the record, is a white female,

24  correct?

25     A    Yes.

```
 1        Q     Mr. Jasper is a black male?

 2        A     Yes.

 3        Q     Okay.  So why -- you weren't happy on Ms. Klinker's

 4   team, because you weren't getting the high-dollar contracts

 5   that you wanted to work on, correct?

 6        A     Yes.

 7        Q     So you requested to be transferred to Mr. Jasper's

 8   team?

 9        A     Yes.

10        Q     And in fact, you were transferred to Mr. Jasper's

11   team, right?

12        A     Yes.

13        Q     Okay.  Between -- when were you transferred to

14   Mr. Jasper's team?

15        A     Probably after working with Ms. Klinker for maybe

16   about a year, then I was transferred to Mr. Jasper's team.

17        Q     Okay.  Can you give me a rough time frame for that?

18   Just, just rough.

19        A     No.  I just, I just don't know the dates.

20        Q     Okay.  I want to -- let me see if this, this helps,

21   because you said I believe, correct me if I'm wrong, it's your

22   testimony that matters, that you believe you were transferred

23   to -- Ms. Klinker became your team leader roughly in '99 to

24   2000.  Is that right?

25        A     That sounds about right.
```

82

1  12:01 p.m.)

2          COURT REPORTER:  On the record at 12:01.

3          BY MR. HENAULT:

4     Q    Okay, ma'am, you are aware that in roughly the

5  beginning of 2001 time frame Martin Contract Management, Inc.

6  was asked to assess the Contracts and Logistics Division,

7  correct?

8     A    Yes.

9     Q    Okay, and in roughly mid -- roughly fall of 2001,

10  they completed its study and made recommendations to

11  management, right?

12     A    Yes.

13     Q    And you know that one of their findings was that

14  roughly 60 percent of the work -- or excuse me, 70 percent of

15  the work in Contracts and Logistics involved contracts under

16  $100,000, right?

17     A    Yes.

18     Q    And that roughly 30 percent of the work was

19  contracts over $100,000?

20     A    Okay.

21     Q    That --

22     A    It sounds familiar.

23     Q    Okay.

24     A    Okay.

25     Q    And you are aware that one of Martin Contract

1    Management's recommendations was that the work on the

2    Contracts and Logistics Division be realigned for more

3    efficiency, right?

4         A    I'm not sure about that.

5         Q    Okay.

6         A    Yeah.

7         Q    Are you aware of any of the recommendations that,

8    that Martin Contract Management made to, to the division?

9         A    The one that, that really had a great impact on all

10   of us was the one where they, they removed Deborah Murphy

11   from, from the office.  That was the major one that I

12   remember.

13        Q    Okay, so you believe that Ms. Murphy was removed on

14   the recommendation of Martin Contract Management?

15        A    Right, she was.

16        Q    Okay.  Are you aware of any of the other

17   recommendations?

18        A    No.  I mean I don't -- if you -- you probably would

19   read them I may -- they may sound familiar.

20        Q    Do you recall -- just see if this sounds familiar.

21        A    Okay.

22        Q    Martin Contract Management recommended that the

23   Contracts and Logistics Division be divided into two parts,

24   one to handle the work over $100,000 and one to handle the

25   work under $100,000.  Do you recall that?

1      A      I recall that.

2      Q      Okay, and in fact, management -- well, one of the

3    principles from Martin Contract Management was a woman named

4    Catherine, also known as Cassie, Martin, correct?

5      A      Yes.

6      Q      Okay, and in fact, after Ms. Martin delivered the

7    results of her study to management, they decided to hire her

8    to come in and implement the study, correct?

9      A      Yes.

10     Q      So in late 2001 --

11     A      When --

12     Q      Okay, in late -- in roughly the fall of 2001,

13   management brought Ms. Martin in to implement the findings of

14   her study, right?

15     A      That's what I wanted to correct.

16     Q      Okay, please --

17     A      Because I'm not sure that they, they brought her in

18   to implement it.  I just know that she was hired as the new

19   chief.

20     Q      Okay.

21     A      Yeah.

22     Q      Fair enough.

23     A      I don't know what, what her purpose --

24     Q      Okay.

25     A      -- I mean I'm not clear on that.

85

1    Q    Okay, but you are aware that she was one of the

2   principles doing the study as Martin Contract Management?

3    A    Yes.

4    Q    And then she was brought on.  Do you know what her

5   position was when she was brought on?

6    A    She was the chief.  She took Deborah Murphy's

7   position.

8    Q    Do you recall whether she was acting or whether she

9   was permanent or --

10    A    She was acting.  She wasn't permanent.

11    Q    Okay, so management brought her on as acting chief

12   of Contracts and Logistics.  Is that right to your

13   understanding?

14    A    It sounds right.

15    Q    Okay.  Now at the time she came in, all right, there

16   were two team leaders.  One was Mr. Jasper.  One was

17   Ms. Klinker, right?

18    A    It sounds right.

19    Q    Okay, and one of Ms. Martin's first -- the first

20   thing she did was to implement the study and divide Contracts

21   and Logistics into two sections, right?

22    A    Okay, can I just explain one thing?

23    Q    Please.

24    A    I'm not familiar with the study and --

25    Q    Okay.

1    A    -- and the way that you are explaining it, that is

2  not the way that it was explained to us.  We just knew that a

3  new chief was coming in, and she began the day-to-day

4  operations.  That's --

5    Q    Okay.

6    A    -- how I know it.

7    Q    Fair enough.  Fair enough.  Let me, let me change my

8  questions a little bit to, to comport with that understanding.

9  So you were told that Ms. Martin was coming in as the new

10  chief?

11    A    Yes.

12    Q    Okay, and one of the things she did shortly after

13  arriving was to divide Contracts and Logistics into two

14  sections whereby one would handle contracts under $100,000 and

15  one would handle contracts over $100,000, correct?

16    A    That's correct.

17    A    Okay, and prior to dividing the work by dollar

18  amount, there had been two team leaders, right?

19    A    Yes.

20    Q    One was Mr. Jasper, right?

21    A    Yes.

22    Q    One was Ms. Klinker?

23    A    Yes.

24    Q    When Ms. Martin came in and separated the two teams

25  by dollar amount?

1      A      Yes.

2      Q      Mr. Jasper was still a team leader?

3      A      As far as I know, yes.

4      Q      Ms. Klinker was the other team leader?

5      A      Yes.

6      Q      Okay.  For, for -- I want to just make sure we're on

7   the same page.  Mr. Jasper was assigned to lead the team,

8   which was team one, that handled contracts under $100,000,

9   correct?

10      A      Yes.

11      Q      Okay.  Ms. Klinker was tasked with leading team two

12   that handled contracts over $100,000, correct?

13      A      Yes.

14      Q      Okay.  Prior to the division by dollar amount, you

15   had been on Mr. Jasper's team.   He was your team leader?

16      A      I'm getting a little foggy on this --

17      Q      Okay, let me --

18      A      -- because --

19      Q      Okay, let me see if I can clarify.

20      A      I'm --

21      Q      We have already -- recall -- and correct me if I'm

22   wrong.  I want to make sure that it's, it's your testimony.

23   In -- you had previously worked under the supervision of, of

24   Ms. Klinker as your team leader?

25      A      Correct.

1    was hired.

2        Q    Okay.

3        A    Then that --

4        Q    Okay.

5        A    -- happened.

6        Q    And when she instituted the realignment or

7    reorganization --

8        A    Yes.

9        Q    -- Ms. Klinker was a team leader?

10        A    I'm pretty sure she was.

11        Q    Okay.

12        A    She remained a team leader.

13        Q    And she was assigned with heading the team that

14    handled contracts over $100,000?

15        A    Yes.

16        Q    Ms. Mathura and Ms. Nelson were assigned to hear

17    team, correct?

18        A    Correct.

19        Q    Now grade-level wise, those were the two senior

20    contract specialists in the office, right?

21        A    Helen and --

22        Q    Helen Mathura and Ruth Nelson?

23        A    Yes.

24        Q    Okay.  Everyone else was assigned to Mr. Jasper's

25    team, correct?

1      A    Yes.

2      Q    So Mr. Jasper's team handled the contracts under

3  $100,000?

4      A    Yes.

5      Q    So everyone that was assigned to his team was more

6  junior than those assigned to the large dollar contracts,

7  correct?

8      A    In some ways, yes.

9      Q    In what way?  These were --

10     A    In some ways, like for instance, I was more highly

11 educated than Kay Klinker and all of them.

12     Q    Okay, okay.

13     A    I had more education than she.  She had been working

14 in the office longer than, than I had.

15     Q    Sure.

16     A    But in other aspects, no.

17     Q    Let me be clear what I mean by senior.  They had

18 been working in the office longer.  They were assigned to

19 Mr. Jasper's team?

20     A    Can't say that.

21     Q    Okay.  They were all senior in grade level to those

22 assigned to Mr. Jasper's team, correct?

23     A    They were all of the higher grade, higher-level

24 grades, yes.

25     Q    Okay, so everyone handling the large dollar

1   contracts was senior in grade level to everyone handling the

2   lower-dollar contracts?

3        A    That's correct.

4        A    Okay.  When you started handling -- when you --

5   after November 2001, okay, when Mr. Jasper's team was assigned

6   contracts under $100,000, you still administered one contract

7   that was over $100,000, didn't you?

8        A    It was, it was either exactly $100,000 or a little

9   over.

10       Q    Okay.  That contract was not taken away from you

11  after Mr. Jasper's team was tasked with the sub-$100,000

12  contracts, was it?

13       A    Correct.

14       Q    Did you continue to administer that contract until

15  the life of that contract expired?

16       A    I was requested personally by Linda Washington to

17  keep that contract.

18       Q    And you did keep it?

19       A    I had to.

20       Q    Okay.  Was anyone else, to your knowledge, on

21  Mr. Jasper's team handling contracts over $100,000 after

22  Ms. Martin instituted the, the realignment?

23       A    I think I was the only one who really wanted to do

24  contracts over $100,000, and I don't know what Chris was

25  doing, because he wasn't in the office.  He was in the law

1  library at that time.

2      Q      Okay.  What team, to your knowledge, was, was  Chris

3  Hanson assigned to?

4      A      I'm not sure.

5      Q      Okay.  Now following the realignment in November of

6  2001, okay, and before -- I'm talking about the period that

7  Ms. Martin instituted the realignment and after that and

8  before Mr. Jasper changed it again.  Okay, you were a GS-11

9  throughout that entire time period?

10     A      Okay, from what period to what period?

11     Q      November 2001 until roughly a year later it said in

12 your complaint that Mr. Jasper made it -- the words you use in

13 your complaint are "fair again."

14     A      Was I still an 11?

15     Q      Yes.

16     A      I was an 11 until I became the acting purchase --

17     Q      Okay.  So during the time this realignment was in

18 effect, you were never downgraded to another position?

19     A      No, I never got downgraded.

20     Q      You never -- your, your step level within the GS-11

21 grade was never downgraded?

22     A      No.

23     Q      You continued to make the same amount of money and

24 receive cost of living raises, correct?

25     A      Yes.

1    Q    Okay.  You continued to accrue benefits at the same

2  level, correct?

3    A    At the 11?

4    Q    Yes, ma'am.  During November 2001 to roughly

5  November 2002.

6    A    Everything remained the same level.

7    Q    Okay.  Prior to the realignment in November 2001,

8  you were working on small contracts.  We've already -- I think

9  you've already said that.  I just want to be clear.

10    A    Prior to the, the reorganization you say --

11    Q    You worked on small contracts.  I think your

12  testimony, correct me if I'm wrong, you worked on some that

13  were over 100,000 and a lot that were under 100,000?

14    A    Whenever I was assigned to Mr. Jasper's team or

15  whenever Mr. Jasper became my supervisor, I began to work on

16  requirements over -- 100,000 and over.

17    Q    Okay.  During the course of when the realignment was

18  put into effect, your supervisor stayed the same, Mr. Jasper,

19  correct?

20    A    There's something that I'm missing, because there is

21  something that happened after the reorganization that is not

22  showing up here.  I'm not quite sure about it.

23    Q    Well, what happened -- I need you to explain that to

24  me then.

25    A    I'm, I'm getting a little fuzzy about it, because I

1   meant by "the big picture?"

2       A    No, I didn't.  I, I knew that I understood "the big

3   picture" because it was dealing with my future.

4       Q    Okay, fair enough.  Now we've been talking a lot

5   about November 2001 when, when Ms. Martin came in and

6   instituted the, the realignment or reorganization?

7       A    Yes.

8       Q    Okay.  Do you know when Ms. Martin left?

9       A    Ms. Martin was probably there about less than a

10  year.

11      Q    Okay, so it would have been before November of 2002?

12      A    I think.  I'm not positive, but I know she was there

13  a short period of time.

14      Q    What happened after Ms. Martin left?

15      A    Linda Washington assumed the position for a while.

16      Q    Okay.  Did Ms. Washington maintain the division of

17  the two teams by dollar amount?

18      A    I don't believe she changed anything.  The, the

19  reorganization stayed in place.

20      Q    Okay.  There came a time when that reorganization

21  was undone though, correct?

22      A    I don't remember them, you know, doing the --

23  reorganizing again after that.  I just don't remember that.

24      Q    Well, I think -- we talked about paragraph 22 of

25  your complaint, ma'am.

1    A    I know --

2    Q    Take a look at paragraph 22 of your complaint again

3    please.

4    A    Okay, and after -- okay, that doesn't mean that,

5    that it was reorganized.

6    Q    Okay.

7    A    That means that it -- when Mr. Jasper took over the

8    entire office, then he began giving us contracts, giving me

9    specifically because I wanted it.

10    Q    Okay.

11    A    But it wasn't reorganized per se --

12    Q    Okay, okay.  I guess that's my --

13    A    Because he couldn't -- he didn't have the ability or

14    the -- he could not reorganize.

15    Q    Okay, so eventually Mr. Jasper took over the office?

16    A    I'm sure, yes.

17    Q    And according to your complaint, that was a year

18    after the reorganization, so roughly November of 2002,

19    correct?

20    A    Right.  Whenever Ms. Martin left, and then there was

21    a gap in there where Linda Washington was the acting person --

22    Q    Um-hum.

23    A    -- and then I think the assignment was given to -- I

24    don't know if he was specifically made -- he, he was, he was

25    never given the position, but under the direction of Linda

1    Q    Okay, ma'am.

2    A    There was hardly anyone there but, but that one

3 team.

4    Q    Okay.  This may be a little tedious but --

5    A    Okay.

6    Q    -- I need to repeat this just so we have a clear

7 record.

8    A    Um-hum.

9    Q    The, the reorganization referred to in your

10 complaint, okay, that took place in roughly November 2001,

11 correct?

12    A    Okay, that's when Cassie Martin was hired, correct?

13    Q    Yes, ma'am.

14    A    Is that what you're referring to?

15    Q    Is, is that your recollection?

16    A    Yes.  Whenever she was, was hired is when the

17 reorganization took place.

18    Q    Okay.  Now according to your complaint, a year after

19 that it was reorganized back to a more equitable format

20 whereby every individual was given equal opportunity to excel.

21 Is that accurate?

22    A    That sounds accurate.  If this is there it's

23 accurate.  I mean --

24    Q    Okay.

25    A    -- and when I say that like -- and I want to make

121

1      A     I'm sure I did.  If they, if they were announced, I
2  always applied.

3      Q     Okay, but none of those positions that you applied
4  for are part of this complaint, right?

5      A     As far as I know, I have --

6      Q     Okay.

7      A     -- nothing in there about that.

8      Q     Same question in 2001.  Can you recall applying for
9  any GS-12 positions that you did not receive in 2001?

10     A     I don't remember, no.

11     Q     Okay.  Your complaint in this matter doesn't involve
12 any nonselections in 2001?

13     A     As far as I know, I have not said anything about
14 that.

15     Q     Okay.  Let me just cut to the chase.  Your complaint
16 here doesn't involve any nonselections, does it?

17     A     As far as I know, no.  I don't know.

18     Q     It does not or it does?  I, I --

19     A     As far as I know, it does not.

20     Q     Well, ma'am, please take a read through your
21 complaint, because this is something I need an answer on.

22     A     Okay.

23     Q     And tell me if there are any nonselections at issue
24 in this case.

25     A     You want me to read my whole complaint?

1      Q    Yes, ma'am.  Please do.

2            (Pause.)

3            WITNESS:  No, there's nothing in there about that.

4            MR. HENAULT:  Okay, so this federal case that we are

5    involved in right now today involves no nonselections?

6            WITNESS:  No.

7            MR. HENAULT:  Okay.  You're not -- okay, leave it at

8    that.

9            Let's mark that as the next exhibit please.

10            (Whereupon, the document referred to as Exhibit

11            No. 12 was introduced into evidence.)

12            BY MR. HENAULT:

13      Q    Ma'am, take a look at what has been marked as

14    Exhibit 12 if you would please.  Tell me when you're done

15    please.

16      A    I'm finished.

17      Q    Okay.  What has been marked as Exhibit 12 is a

18    November 9, 2001 informal dispute complaint that you filed,

19    correct?

20      A    Yes.

21      Q    And that relates to the November 5, 2001

22    reorganization implemented under Ms. Cassie Martin?

23      A    Yes.

24      Q    Okay, now look at, look at paragraph 15 of this, of

25    Exhibit 12.  This says that the reorganization was implemented

```
 1            BY MR. HENAULT:

 2      Q    Ma'am, please take a look at what has been marked as

 3  Exhibit 14.

 4      A    Okay.  Okay.

 5      Q    What has been marked as Exhibit 14 is a formal

 6  complaint of discrimination that you filed on July 3, 2002,

 7  correct?

 8      A    Yes, that's what --

 9      Q    That's your signature on page 2?

10      A    Yes.

11      Q    This is your formal complaint of discrimination that

12  you filed in response to Exhibit No. 13, right?

13      A    Correct.

14      Q    Okay.  Now I want you to look at box no. 9, ma'am.

15      A    Number 9?

16      Q    Yes, ma'am.  You checked the box marked as race,

17  correct?

18      A    Um-hum.  Yes.

19      Q    So you are alleging in this formal complaint that

20  the actions described in paragraph 11 were taken against you

21  because you are an African-American?

22      A    Yes.

23      Q    Okay.  You did not check color, did you?

24      A    Color, I don't know, because --

25      Q    Ma'am, look at, look at paragraph -- look at section
```

1  9 of this formal complaint please.

2       A    May I finish what I was going to say?

3       Q    I apologize.  Please.

4       A    Thank you.  I don't know, because I did amend one of

5  my complaints.

6       Q    Okay.

7       A    To include other things, so I don't know, and this

8  may have been the one that I did amend.

9       Q    Okay.  Let's just -- in the July 3, 2002 formal

10  complaint you filed, you did not check color, did you?

11      A    I'm not sure, because like I said, I amended one of

12  my complaints.

13      Q    Okay.  Ma'am, in this formal --

14      A    This one is not checked, no.

15      Q    So you did not check religion, did you?

16      A    Not on this one, no.

17      Q    You did not check sex, did you?

18      A    Not on this one.

19      Q    You did not check national origin?

20      A    No.

21      Q    You did not check age, correct?

22      A    Yes.

23      Q    You did not check physical or mental disability?

24      A    Correct.

25      Q    You did not check -- can you please speak up please?

1    A    Oh, okay.

2    Q    You did not check physical or mental disability?

3    A    Yes.  No, I did not.

4    Q    You, you did not check sexual harassment?

5    A    No.

6    Q    You did not check reprisal?

7    A    No.

8    Q    It's on the other page --

9    A    Oh.

10    Q    Correct?

11    A    Yes.

12    Q    So the formal complaint you filed in this office, or

13   excuse me, the formal complaint of discrimination that you

14   filed on July 3, 2002, the sole basis of the discrimination

15   that you are alleging was on the basis of you being an

16   African-American, correct?

17    A    I don't think so.  I think there is another piece to

18   this.  I really do.  I think there is -- I know I amended one

19   of my complaints.

20    Q    Was it this complaint, ma'am?

21    A    I only, I only have one, so I think there is an

22   amendment somewhere, but I can't say for sure.

23    Q    Okay, well, if there is an amendment, ma'am, it's

24   not contained in the report of investigation.

25         MR. HENAULT:  I'll direct this to your counsel.

128

1    Counsel, do you know if this had been amended?

2              MS. LILES:  No, I don't.  So she'll have to check on

3    that.  To my knowledge, no.

4              MR. HENAULT:  Okay.  To your knowledge, it was not

5    amended, or to your knowledge, you don't know?

6              MS. LILES:  I don't know.

7              MR. HENAULT:  Okay.

8              BY MR. HENAULT:

9         Q    So with the caveat that it could be an amendment --

10   there could be an amendment, the July 3, 2002 EEO complaint

11   that is basically the subject of this lawsuit now only alleged

12   discrimination on the basis of being African-American,

13   correct?

14        A    That's on this paper, yeah.

15        Q    Okay.  Ma'am, what about the realignment in November

16   of 2002, or reorganization, refer to it as you want,

17   discriminated against you on the basis of your race?

18        A    What about it?

19        Q    Yes, ma'am.

20        A    Because it hampered me in a way that I was unable to

21   continue my progress as far as completing or continuing to do

22   large contracts which is the basis for which people are

23   promoted on, on the level of complexity of their work at the

24   Library of Congress in the contracts office.

25        Q    Okay.

1        A     That -- I couldn't do that anymore.

2        Q     Okay.

3        A     I could no longer do that -- do those large

4   contracts.  So if I'm not doing large contracts, then I'm not

5   going to be promoted.  I'm not going to the next level.

6        Q     Okay.  What specific promotions did the

7   reorganization or realignment in November of 2001 stop you

8   from getting?

9        A     I didn't -- I wasn't able to get a GS-12 contracting

10  officer, 13, 14 or any grade.

11       Q     Okay.  What specific promotions after the

12  reorganization in November 2001 did you apply for that you

13  allege this hampered you from -- this being the November 2001

14  reorganization hampered you from getting?

15       A     Which ones did I apply for --

16       Q     Yes, ma'am.

17       A     -- after that?

18       Q     Yes, ma'am.

19       A     If there were any that, that came about, I applied

20  for them.

21       Q     Okay.

22       A     I have applied for some recently that I have not

23  been able to receive.

24       Q     Okay.  Have you filed an EEO complaint relating to

25  those --

1    A    I have.

2    Q    -- positions that you didn't receive?

3    A    I have.

4    Q    Okay.  That's not part of this case though, is it?

5    A    No.

6    Q    Okay.  You are just making the allegation that the

7  reorganization hampered you in getting later promotions?

8    A    Oh, just -- it hampered my career progress, not

9  later but on -- I mean when you are a contracting officer

10  you -- it's a continuity of things.  You don't just do small

11  purchases, then you do large and then you do small.  You --

12  it's a continuity.  You are recognized in the field as a

13  contracting officer who does complex contracts, not as a

14  contracting officer that does complex, and then she goes back

15  to small purchases.  That -- this ruins my career as a

16  contracting officer.

17    Q    Ma'am, in November of 2002, you again started doing

18  large contracts, right?

19    A    Not to the magnitude that I was doing or that I

20  needed to have them -- to do them.

21    Q    Okay.

22    A    And then on top of -- excuse me.  I know you -- I

23  didn't finish.  On top of that, I think I was working on the

24  one that Linda Washington requested that I keep, but not where

25  I should have been or where I, where I wanted to be.

1    females is my basis for why I named that as gender.

2         Q    Okay.

3         A    I placed that as gender.

4         Q    I understand that's why you named it, but I want to

5    know specifically what about that reassignment, realignment,

6    reorganization, whatever you want to call it, was

7    discriminatory on the basis -- against you on the basis of you

8    being a female.

9         A    Oh, because she is a female, and she discriminated

10   against another female.

11        Q    By placing all females on one team and all females

12   on another team?

13        A    Now remember the description that I gave to all the

14   females.  That's very important.

15        Q    And what's that description, ma'am?

16        A    Educated, intelligent, articulate.

17        Q    So is the discrimination by Ms. Linda Washington, is

18   that against you because you are a female, or because you are

19   educated, articulate and intelligent?

20        A    I think it's both.

21        Q    Okay.

22        A    Only ones -- she only discriminated against the ones

23   who were -- who had those characteristics.  Those are the ones

24   she discriminated against.

25        Q    Okay.

1    you are seeking reimbursement for your tuition for your

2    master's degree?

3        A    Yes.

4        Q    So you are aware that the Library of Congress has

5    regulations that permit it to pay for, for student loans,

6    right?

7        A    Yes.

8        Q    Okay.  Did you ever apply for that program?

9        A    For student loans?

10        Q    Student loan repayment?

11        A    I didn't apply for it.  I didn't know there was an

12    application process.

13        Q    Okay, but your complaint alleges that they should

14    just pay for your tuition for your master's degree?

15        A    No, that's not, that's not my basis -- the reason

16    why I said that.

17        Q    Okay.

18        A    The reason why I said it is because during the time

19    that I was studying for my master's degree I was -- my

20    supervisor at that time, who was Gary Columbia, I requested

21    that I be able to study -- do a performance study on the

22    procurement office --

23        Q    Um-hum.

24        A    -- and he authorized me to do that.

25        Q    Okay.

1      A      It may have been.

2      Q      Okay.

3      A      It may or may not have been.  I don't, I don't know.

4      Q      Do you recall ever submitting anything to any of

5  your managers or anyone else at the Library of Congress

6  requesting that because you did this study on the procurement

7  office that they pay for your entire master's degree tuition?

8      A      No, I've never done that.

9      Q      Have you ever filed an EEO complaint stating that

10 the failure of the Library of Congress to pay your master's

11 degree tuition is discriminatory against you in any way?

12     A      Do I have any other complaints you're saying?

13     Q      That state -- do you have any other EEO complaints

14 regarding your master's degree tuition?

15     A      No.

16     Q      Okay.  So the first time that request was made was

17 in a complaint of discrimination, your District Court

18 complaint, saying I want the --

19     A      The Library of Congress.

20     Q      -- I want the Library of Congress to pay my master's

21 degree tuition?

22            MS. LILES:  And you are excluding motions before the

23 administrative hearing?

24            MR. HENAULT:  Yes, ma'am.  Yeah.

25            WITNESS:  This is the only time.

1    A    Okay.  Okay, no, it's not listed here.

2    Q    Okay.

3    A    But at some point in time, I think I did list it.

4    Q    Okay.  At any point -- it's not listed at all in

5  Exhibit 14, is it?

6    A    I don't see it.

7    Q    Okay.  Please try --

8    A    Wait a minute.  Excuse me.

9    Q    Go ahead.  Certainly.

10    A    Like I said, I think that there is an amendment to

11  this complaint.  I don't think this is all there is.

12    Q    Okay.  Please look at Exhibit 12.

13    A    Okay.

14    Q    Tell me -- and once again, Exhibit 12 is your

15  informal complaint of discrimination, correct?

16    A    Um-hum.  Yes.

17    Q    Tell me where in that informal complaint of

18  discrimination you mention anything about your master's degree

19  tuition?

20    A    Didn't.  It's not in here.  Not on there.

21    Q    Do you recall including it in any complaint of

22  discrimination?  And I'm not talking motions practice.  I'm

23  talking any complaint of discrimination.

24    A    I don't remember doing it.  I mean, like I said,

25  there is an amendment somewhere to this.