Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF approved by GSA/IRMS

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| FREE FLEMING, VALDA C | 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 | 04/10/48 | 10/16/94 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 721 | REASSIGNMENT |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number
CORRES SUPVR TYPG
0001    005936

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis |
|---|---|---|---|---|---|
| | 0309 | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|
| 28,016.00 | 396.00 | | |

14. Name and Location of Position's Organization
LIBRARY OF CONGRESS
COPYRIGHT OFFICE
ASSOC REGISTER OF COPYRIGHTS
COPYRIGHT EXAMINING DIVISION

15. TO: Position Title and Number
PROFESSIONAL DEVELOPMENT ASSOCIATE
AFFIRMATIVE ACTION ASSOCIATE
0013    008539

| 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| GS | 0301 | 07 | 07 | 28,412.00 | PA |

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|
| 27,259.00 | 1,153.00 | 28,412.00 | |

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
HUMAN RESOURCES
OFF DIR AFF ACTION/SPEC PROGS

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 0  0-None  2-Conditional  1-Permanent  3-Indefinite | COND | YES [ ] NO |
| 1 | | | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC-3X ADDITIONAL-FAMILY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| C  CS OFFSET | 06/08/82 | F  FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | 02040A009403 | 8888 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON   DIST OF COLUMBIA   DC |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | 05/02/93 | 06/08/82 | | |

45. Remarks
SALARY INCLUDES A LOCALITY-BASED PAYMENT OF    4.23  %.



| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | BEN BENITEZ |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| LC AE | 0103 | 10/31/94 | DIRECTOR OF HUMAN RESOURCES |

TURN OVER FOR IMPORTANT INFORMATION
3-Part    50-315                                       Editions Prior to 7/91 Are Not Usable After 6/30/93