Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

Exception to SF approved by GSA/IRMS

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| RFREE FLEMING, VALDA C | 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 | 04/10/48 | 10/15/95 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 702 | PROMOTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N3M | REG 335.102 COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

**7. FROM: Position Title and Number**
PROFESSIONAL DEVELOPMENT ASSOCIATE
AFFIRMATIVE ACTION ASSOCIATE
0013       008539

**15. TO: Position Title and Number**
PROCUR SPECLST
PROCUREMENT SPECIALIST
0006       000599

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0301 | 07 | 08 | 30,141.00 | PA | GS | 1102 | 09 | 03 | 31,892.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 28,575.00 | 1,566.00 | 30,141.00 | .00 | 30,235.00 | 1,657.00 | 31,892.00 | .0 |

**14. Name and Location of Position's Organization**

**22. Name and Location of Position's Organization**
LIBRARY OF CONGRESS
CONSTITUENT SERVICES
INTEGRATED SUPPORT SERVICES
CONTRACTS & LOGISTICS OFFICE

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10 Point/Disability   5 - 10 Point/Other   2 - 5 Point   4 - 10 Point/Compensable   6 - 10 Point/Compensable/30% | 0   0-None   2-Conditional   1-Permanent   3-Indefinite | COND | YES  NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| O   BASIC-3X ADDITIONAL-FAMILY | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| C   FICA & CIVIL SERVICE | 06/08/82 | F   FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 2   1-Competitive Service   3-SES General   2-Excepted Service   4-SES Career Reserved | N   E-Exempt   N-Nonexempt | 02155A001713 | 2910 |

| 38. Duty Station Code | 39. Duty Station (City-County-State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON    DIST OF COLUMBIA    DC |

| 40. AGENCY DATA | 41. 10/15/95 | 42. 06/08/82 | 43. | 44. |
|---|---|---|---|---|

**45. Remarks**
SELECTED FROM                    DATED
AFSCME ART., XI, SECTION 2,E.    10/15/95
LOCAL 2910


EXHIBIT
Fleming
2
8/30/06

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| LIBRARY OF CONGRESS | BEN BENITEZ |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | DIRECTOR OF HUMAN RESOURCES |
|---|---|---|---|
| LC AE | 0103 | 10/06/95 | |

TURN OVER FOR IMPORTANT INFORMATION                    Editions Prior to 7/91 Are Not Usable After 6/30/9