Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| Field | Value |
|---|---|
| 1. Name (Last, First, Middle) | MURFREE FLEMING, VALDA C |
| 2. Social Security Number | 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 |
| 3. Date of Birth | 04/10/48 |
| 4. Effective Date | 07/19 |

**FIRST ACTION**
- 5-A. Code: 721
- 5-B. Nature of Action: REASSIGNMENT
- 5-C. Code: N2M
- 5-D. Legal Authority: REG 335.102

**SECOND ACTION** (blank)

7. FROM: Position Title and Number
PROCUREMENT SPECIALIST
PROCUREMENT SPECIALIST
0008    002023

15. TO: Position Title and Number
CONTRACT SPECIALIST
CONTRACT SPECIALIST
0008    009003
- Pay Plan: GS
- Occ Code: 1102
- Grade/Level: 11
- Step/Rate: 02
- Total Salary/Award: 40,579.00
- 20A. Basic Pay: 37,829.00
- 20B. Locality Adj: 2,750.00
- 20C. Adj. Basic Pay: 40,579.00

14. Name and Location of Position's Organization
LIBRARY OF CONGRESS
CONSTITUENT SERVICES
INTEGRATED SUPPORT SERVICES
CONTRACTS & LOGISTICS OFFICE

22. Name and Location of Position's Organization
LIBRARY OF CONGRESS
OFFICE OF THE LIBRARIAN
INTEGRATED SUPPORT SERVICES
CONTRACTS & LOGISTICS SERVICES

**EMPLOYEE DATA**
- 23. Veterans Preference: 1 - None
- 24. Tenure: 0
- 25. Agency Use: COND
- 26. Veterans Pref for RIF: YES
- 27. FEGLI: Q - BASIC-JR ADDITIONAL-FAMILY
- 28. Annuitant Indicator: 9 - NOT APPLICABLE
- 30. Retirement Plan: C - FICA & CIVIL SERVICE
- 31. Service Comp Date: 06/08/82
- 32. Work Schedule: F - FULL TIME
- 34. Position Occupied: 2
- 35. FLSA Category: E
- 36. Appropriation Code: 02155A001713
- 37. Bargaining Unit: 2910
- 38. Duty Station Code: 11-0010-001
- 39. Duty Station: WASHINGTON  DIST OF COLUMBIA  DC
- 41. 11/09/97
- 42. 06/08/82

46. Employing Department or Agency: LIBRARY OF CONGRESS
47. Agency Code: LC AE
48. Personnel Office ID: 0103
49. Approval Date: 07/10/98
50. Signature/Authentication and Title of Approving Official: [signed] DIRECTOR OF PERSONNEL

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

HK EXHIBIT
Fleming
4
8/30/06

Editions Prior to 7/91 Are Not Usable