| | | | | | |
|---|---|---|---|---|---|
| | | | | | Agency Position No. **9003** |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification |
|---|---|---|---|---|

[X] Red-scription  [ ] New  [X] Hdqtrs  [ ] Field   Washington, D.C.   Landover, Maryland

[ ] Reestablishment  [ ] Other

7. Fair Labor Standards Act  [X] Exempt  [ ] Nonexempt

8. Financial Statements Required  [ ] Executive Personnel Financial Disclosure  [ ] Employment and Financial Interests

9. Subject to IA Action  [X] Yes  [ ] No

:planation (Show any positions replaced)

replaces GS-1102-11 (3038)

10. Position Status  [ ] Competitive  [X] Excepted (Specify in Remarks)  [ ] SES (Gen)  [ ] SES (CR)

11. Position is  [ ] Supervisory  [ ] Managerial  [X] Neither

12. Sensitivity  [ ] 1—Non-Sensitive  [X] 2—Noncritical Sensitive  [ ] 3—Critical Sensitive  [ ] 4—Special Sensitive

13. Competitive Level

14. Agency Use

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Contract Specialist | GS | 1102 | 11 | alg | 7/7/9 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | | | | | | |

16. Organizational Title of Position (if different from official title)
Contract Specialist

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment
Library of Congress

a. Fi  The Office of the Librarian

b. Second Subdivision
Integrated Support Services

c. Third Subdivision
Contracts and Logistics Services

d. Fourth Subdivision
Contracts Section

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

**Supervisory Certification.** I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes r[...] to appointment and payment of public funds, and that false or misle[...] statements may constitute violations of such statutes or their implementin[...] ulations.

a. Typed Name and Title of Immediate Supervisor
Gary D. Columbia, Acting Chief
Contracts & Logistics

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)
James R. Trew, Director
Integrated Support Services

Signature   Date  6/23/94

Signature   Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action
Annie L. Gartmon
Human Resources Specialist

Signature   Date  7/7/94

22. Position Classification Standards Used in Classifying/Grading Position
Gs-1102 (12/83)

**Information for Employees.** The standards, and information on their applic[...] are available in the personnel office. The classification of the position may be revi[...] and corrected by the agency or the U.S. Office of Personnel Management. [...]mation on classification/job grading appeals, and complaints on exemption [...] FLSA, is available from the personnel office or the U.S. Office of Pers[...] Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

HK EXHIBIT Teming
8 30 06

24. Remarks
Promotion plan - with:
GS-1102-7-9001
GS-1102-9-9002
approved date
is 7/9/97 6/13/97  PP d[...]

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265   Previous Edition Usable   5008-106

OF 8 (Rev 1-85)
U.S. Office of Personnel Manag[...]
FPM Chapter 295

Contract Specialist
GS-11

## MAJOR DUTIES

Serves as a Contract Specialist in Contracts & Logistics Services, with responsibility for performing a variety of functions related to the procurement of supplies, services, materials, and expert and consultant services as required in support of Library of Congress programs.

1.    Develops a complete contract which involves preparing the terms, conditions, and statements of work/specifications necessary to effect the given requirement. Analyzes the procurement and makes authoritative judgements as to the best type of contract and terms considering the circumstances. The contracts would range from $25,000 to $1,000,000 and vary in complexity from firm-fixed price to cost plus incentive fee. Uses computer software to develop solicitations and contract-related documents.

2.    Evaluates bids and proposals to insure compliance with stated provisions. Investigates offerors' responsiveness and responsibility. Negotiates all types of contracts and develops cost analysis for negotiations. Awards the contract to the selected offeror.

3.    Negotiates change orders and/or supplemental agreements to existing contracts which may require significant cost and pricing analysis in addition to exercising persuasive negotiation techniques. Coordinates and approves deviations in specifications. Administers a group of contracts which may involve supplies, furniture, furnishings, and complex technical equipment and which require cost/price analysis and price redetermination. Approves payment request for compliance with all contract terms, to include withholding payments in the event of noncompliance. Advises contractors regarding contractual compliance and institutes recommendations for termination procedures in the case of non-performance.

4.    Performs most contract terminations (convenience or default) which include conferring with contractors, settlement of cost claims, determinations of allowable cost, and findings of fact.

5.    Discusses with industry representatives such things as the use of new improved products, government commercial specifications, industry capabilities and practices, purchase descriptions, delivery and production times, comparability of items. Makes authoritative recommendations to supervisor and/or other Library officials regarding these discussions.

6.    Examines procurement and related documents to determine that the appropriate funding authorizations have been executed. Collects and analyzes data from Service Units and contract history file to determine cost evaluation factors, contract pricing schedules and contract funding.

Contract Specialist - GS-11

Factor 1:  Knowledge Required by the Position

Demonstrated knowledge of Federal and Library of Congress procurement regulations, policies, and procedures; basic contract principles and applications of Government contract law; Comptroller General Decisions and other court decisions involving Federal contracting; and be able to determine their applicability to individual procurement problems.

Knowledge of Federal and Library of Congress contract regulations and procedures applicable to the acquisition of a wide variety of equipment, furniture and furnishings.  Knowledge of various types of contracts, methods of contracting, and source selection factors in order to plan appropriate procurement strategies and to conduct negotiations in the preaward and postaward phases.

Must possess skill in interpreting technical data and evaluating cost analysis reports.  Must have knowledge of technical language, standard commercial and industrial business practices, and the uses required of procured equipment, services, or construction.

Must be able to use computer software in the preparation of solicitations and other contractual documents.  Must have the ability to express ideas verbally and in writing, be capable of using and interpreting language which contains a wide variety of legal and technical expressions, and have the ability to reason and make sound decisions based on available facts and information.

Factor 2:  Supervisory Controls                    *a **Contract Team Leader** c** 6/13/7;*

Works under the supervision of ~~the Supervisory Contract Specialist~~, who assigns work, indicates priorities and overall objectives.  Incumbent is expected to exercise judgement in analyzing requirements, developing solutions, and establishing priorities.   Incumbent independently performs assigned work subject to periodic supervisory review.   General guidance is given by the supervisor with the specialist discussing problems and recommending alternative courses of action and solutions.  The specialist is given considerable latitude in problem solving and in making contracting officer decisions within the scope of his/her authority.

Factor 3:  Guidelines

Guidelines include the Federal Acquisition Regulations, Library of Congress regulations and policies, Comptroller General and other court decisions, and other Federal statutes affecting the procurement process.  The specialist is expected to be familiar with all these guidelines and to apply them or interpret them appropriately for application of procurement requirements.

Contract Specialist - GS-11

Factor 4:  Complexity

The incumbent must be able to interpret the guidelines given above as they apply to specific preaward and postaward circumstances.  The incumbent is required to exercise considerable initiative and originality to meet the objectives of each requirement and must have sufficient technical understanding to become involved in contract preparation at the earliest planning stages of a procurement.  Must be knowledgeable concerning contract types and clauses, general principles of contract law, and the legal implications of various steps in the solicitation and negotiation process.  Must understand the basic techniques of contract negotiation and administration and must be able to negotiate contractual terms and prices which are equitable to both the Government and the contractor.  Because of the complex nature of many of the services for which the incumbent contracts, a general understanding of technical terminology is essential.

Factor 5:  Scope and Effect

The purpose of the work is to obtain highly technical, sophisticated equipment and services for the Library of Congress, which requires a high degree of analytical talent and an ability to resolve a variety of conditions and problems.  The work affects the Library's ability to accomplish its programs through the timely delivery of requirements and affects the private sector in terms of costs, profit and management systems.

Factor 6:  Personal Contacts

Contacts are with other contracting officers, Library of Congress program personnel and managers, legal counsel, cost analysts and auditors, and top level contract and technical specialists in the private sector.  Discussions with offerors and other contractor personnel require the specialist to utilize his/her knowledge and communication skills in achieving a contract that is most advantageous to the agency.  As a representative of the Library, the incumbent must present himself/herself professionally at all times.

Factor 7:  Purpose of Contacts

Contacts within and outside of the Library are for the purpose of conducting planning sessions with Library program personnel; conducting prenegotiation and presolicitation conferences; evaluating offers and holding discussions with offerors; and negotiating and administering contracts.  Often these contacts involve adversarial parties requiring the specialist to use tact and diplomacy to effect expeditious and remedial action regarding performance of a contract.

Factor 8:  Physical Demands

        Work is primarily sedentary, but involves site visits to contractor facilities.

Factor 9:  Work Environment

        Work is performed primarily in an office setting.

Promotion Plan for Procurement Specialists

GS-7 through GS-11
(OPM Series 1102)

Procurement & Supply Division
Procurement Section

## General Description of Work

The incumbents serve as Procurement Specialists with the responsibility for performing procurements related to various supplies, materials, furniture and equipment, services, and printing requirements of the Library.

## Justification

The staff of the Procurement Section is predominantly professional in character for the purpose of effecting the various procurements necessary for the efficient operation of the Library. The procurements of the Library are sufficiently unique in nature that it is necessary an incumbent be in the position to fully understand the operation. The entry level allows for this comprehension of the peculiarities before being allowed to progress with increasingly more responsible and independent duties.

There is sufficient work at the GS-11 level to support all incumbents at the highest grade.

Because of the highly specialized nature of much of the work of this Section, and our desire to afford our existing staff career opportunities, there is little anticipation for active recruitment at the GS-11 level. The promotion plan will allow the lower-level staff members the opportunity to develop creativity, initiative, decisiveness and independence required at the higher levels.

### Criteria For Advancement

## Competitive Qualification Requirement at Entry Level

Incumbents at the entry level must have completed one year of specialized experience which must have been at the GS-5 level in the Federal Service or at a comparable level of difficulty outside the Federal Service in a procurement activity which provided the incumbent with experience in the preparation of purchase orders, analyzing proposals, negotiating, selecting sources, studying market conditions and prices, consulting with and advising business or government in the field of purchasing.

Incumbents at entry level must have completed a full four-year course in a college or university or may substitute three years of general experience which must have been of such nature as to indicate demonstrated ability in administrative or technical work and which provided a working knowledge of procurement practices and procedures.

- 2 -

## Distinguishing Features of Work

### GS-7

The GS-7 level requires one year specialized purchasing experience in all of the following:

1. Purchasing or selling office supplies and equipment, technical materials or services.

2. Studying market conditions and prices.

3. Preparing purchase orders or similar documents.

4. Administering fixed price procurements.

5. Negotiating with suppliers.

6. Expediting deliveries.

### GS-9

In addition to GS-7 level requirements set forth above, the GS-9 level requires one additional year of experience in all of the following:

1. Negotiating, awarding or administering a purchase transaction.

2. Purchasing technical materials and services.

3. Serving as team leader in accomplishing definite quantity procurement transactions.

4. Analyzing cost-price proposals.

### GS-11

In addition to the GS-9 level requirements set forth above, the GS-11 level requires one additional year of experience in all of the following:

1. Understanding market conditions as they relate to production, pricing and purchasing.

2. Serving as a team or project leader in accomplishment of procurements for the Library where unusual quantities or technical materials or services are required.

- 3 -

3.  Evaluating new products and keeping abreast of new industrial develop-
    ments for revision of specifications and development of alternate sup-
    ply sources.

4.  Selecting and using practical and desirable and creative approaches in
    dealing with representatives of industry or Government whose interests
    may be divergent.

Performance Requirements
Procurement Specialist GS-7

The incumbents serve as procurement agents with the responsibility for performing procurements related to various supplies, materials, furniture, equipment and printing requirements of the Library.

The incumbent is required to demonstrate proficiency and professionalism in the following:

1. Accomplishment of tasks with responsibility for negotiation, administration and termination.

2. Assimilate and understand basic procurement procedures, policies and laws along with industry practices.

3. Ability to schedule work effectively and complete projects within time constraints.

4. The ability to produce accurate work.

5. Reliability and consistency of work products.

6. A working knowledge of small purchases procurement regulations, policies and procedures.

7. The ability to assist and provide effective support to higher level procurement specialists.

8. The ability to organize thoughts and express ideas in a clear and concise manner.

9. The ability to exercise restraints and decorum during negotiation sessions with other parties.

10. The ability to provide innovative solutions and ideas so as to procure a product or service with the most advantageous terms, conditions and price.

11. Ability to prepare purchase orders under $5,000 without direct supervision.

12. Analyze payment requests.

13. Perform routine statistical analyses.

14. Draft background documents for review by senior staff member.

- 2 -

General Statement

In addition to those performance requirements listed above, the incumbent of this position is expected to conduct him/herself in a professional manner while performing all of the duties of this position. The incumbent must show respect for all Library staff and the public, interacting politely and demonstrating respect through behavior and language, both in person and on the telephone; by demonstrating respect for government property by using equipment properly (and for Library business only); and by maintaining a clean, neat work area. The incumbent is required to report to work regularly and on time, to carry out duties independently, and to work throughout the day, except at specified breaks. These requirements are not meant to be all inclusive, but merely examples of how duties should be performed.

## Training

### GS-7

Basically, training at this level is on-the-job. The incumbent is assigned to work closely with a supervisor or higher level specialist and gradually allowed to handle larger aspects of simple projects. As necessary, receives formal training at an appropriate academic or training facility in the procurement field.

### GS-9

Formal training suggested to assist in development of professional skills, the demonstrated proficiency of which is required for promotion to the GS-9 level:

1. Basic Procurement
2. Small Purchasing/Federal Supply Schedules
3. Effective Business Writing

On-the-job training subject areas, a working knowledge of which is required for advancement to GS-9 level:

1. LC Mission and Organization (Reference LCR's)
2. LC Accounting System; Object Classification, Chart of Accounts
3. P&S Delegation of Authority
4. P&S Policy and Procedure Manual
5. Procurement from GSA (FEDSTRIP)
6. Printing, Forms Procurement through GPO

### GS-11

Formal training suggested (in addition to above) to assist in development of professional skills, the demonstrated proficiency of which is required for promotion to the GS-11 level:

1. Source Evaluation Procedures
2. Purchasing Negotiation Techniques
3. Contracting for Commercial Services
4. Business Report Writing

Procurement Specialist  GS-1102-7

## SUPERVISION RECEIVED

11/23/76          The incumbent is under the general supervision of the
Head, Procurement Section and the direct super-
vision and guidance of a Senior Procurement Specialist.

The incumbent makes recommendations to the supervisor
concerning the various steps in the daily work.  He also
exercises some judgment in selecting methods and techniques to
be followed.  Assignments are given with explanations of policies
and procedures.  Advice and assistance in solving difficult
problems is readily available.  Supervisor reviews work for
clarity of presentation, thoroughness of analysis, soundness
of judgment, and detailed compliance with Federal Procurement
Regulations; Committee on Printing Regulations; LC Regulations
and such other regulations deemed appropriate.

## MAJOR DUTIES

Serves as a Procurement Specialist with the responsi-
bility for performing routine procurements related to the varied
supplies and printing requirements of the Library.

Participates in administering a group of firm-fixed-price
contracts.  Special provisions may include special packaging;
packing and marking instructions, inspection and acceptance
procedures and required Government specifications.

Monitors progress of contractors with respect to
personal and non-personal service contracts.

Advises contractors regarding contractural requirements
and limitations.

Coordinating requests for deviations from contract
specifications and terms.  After review of request by technical
and requisitioning personnel recommends acceptance or rejection.

Participation in administering indefinite delivery
contracts for many items.  Analyzes price schedules from private
sector and GSA Federal Supply Service schedules.

10-14-93   09:13   ☎202 707 8811          LC CONT & LOGIST                               ⧫008 011

Procurement Specialist  GS-1102-9

## SUPERVISION RECEIVED

11/23/76      The incumbent is under the general supervision of
             Head, Procurement Section, and the direct
supervision and guidance of a Senior Procurement Specialist.

        The incumbent is responsible for planning his work
after assignments are made. Although he exercises independent
judgment in performing his day-to-day work, he receives direct
supervision in the form of detailed discussion of the work to
be performed.

        The supervisor makes a detailed review of work
accomplished; of the analysis and judgments made, and of
compliance with Federal Procurement Regulations; LC Regulations
and such other policies and regulations as may be applicable.
The supervisor is available for advice on complex problems and
deviations from policies and procedures.

## MAJOR DUTIES

        Serves as a Procurement Specialist with the responsi-
bility for performing procurements related to varied supplies,
equipment and printing requirements of the Library.

        The incumbent is responsible for, or serves as a
team leader assisted by one or more subordinate Procurement
Specialists, accomplishing a variety of large volume, definite
quantity procurement transactions, many of which involve
technical items. May also be assigned the task of developing
a complete contract covering a relatively small number of items
or responsibility for a group of items on a major schedule, when
a Procurement Specialist of higher grade has the overall super-
visory responsibility.

        In carrying out his assignments, the incumbent selects
appropriate sources of supply; determines the type of contract
or purchase transaction most suitable to the circumstances;
selects the proper specifications and contract conditions; prepares
invitations for bids or proposals to negotiate; evaluate bids or
offers received, considering such factors as specification
conformance, delivery time and conditions, price, freight costs,
performance records, capacities, and financial condition and
responsibility of vendors involved.

Procurement Specialist  GS-1102-11

## SUPERVISION RECEIVED

The incumbent is under the general supervision of the Head,
11/23/76       Procurement Section who makes assign-
ments with a minimum of instruction.

11/23/76   He receives general guidance from the Head, Procurement
Section on the objectives and timing of operations new or
revised policies, programs or procedures. He refers to his
supervisor unusual problems encountered or problems which may
lead to precedent setting decisions before any action is taken.

The incumbent is responsible for accomplishing indivi-
dually or with the assistance of one or more subordinate Procure-
ment Specialists procurement or contracting assignments involving
large volume transactions many of which are highly technical in
nature.

The incumbent is guided in his work by Federal Procure-
ment Regulations and such other policies and regulations as may be
applicable.

## MAJOR DUTIES

Serves as a Procurement Specialist with the responsi-
bility for negotiating procurements related to varied supplies,
equipment and printing requirements of the Library.

The incumbent is responsible for, or serves as a team
leader assisted by one or more subordinate Procurement Specialists,
accomplishing a variety of large volume definite quantity procure-
ment transactions many of which involved technical items.

Within the field for which this Section is responsible
the incumbent is assigned complete responsibility for the develop-
ment, to the point of signature, purchase orders; agreements or
contracts pertaining to hundreds of items on the Federal Supply
Schedule; items from the Government Printing Office and from the
private sector.

Additionally, as designated, serves as a group or project leader in the accomplishment of procurements for the Supply Room as well as other elements of the Library.

The incumbent's assignments require (1) a continuing study of market conditions in order to properly time purchasing in relation to prices and production; (2) continuing evaluation of new products offered by changing sources of supply and (3) keeping abreast of new industrial developments which may indicate need for specification revision so as to improve the quality or lower the cost to the Government.

His is responsible for determining appropriate sources of supply; the determination of appropriate quantities to be contracted for at one time and the period of time to be covered by such contract and the selection of suitable specifications and contract conditions.

The incumbent collaborates in the development of new or revised specifications and standards as they apply to items for which this Section is responsible, particularly in cases where no specifications are available, or present specifications are not sufficiently complete. This involves study and analysis of manufacturing methods; study of samples; development of competitive features of the items so as not to make item descriptions restrictive or proprietary and coordination and collaboration with other elements of the Library as required.

The incumbent advises and counsels subordinate personnel on problems involving procurements handled by this Section. He also participates in decisions regarding entry of new items in our systems.

The incumbent personally undertakes the more difficult and complex procurement transactions.

When designated by the Division Chief, serves as Procurement Officer of the Section in the absence of that incumbent.

Performs other duties as assigned by higher authority.