POSITION DESCRIPTION (Please Read Instructions on the Back)

Agency Position No. 9003

| | | |
|---|---|---|
| 2. Reason for Submission: [X] Redescription  [ ] New  [ ] Reestablishment  [ ] Other | 3. Service: [X] Hdqtrs.  [ ] Field | 4. Employing Office Location: Washington, D.C. |
| 5. Duty Station: Washington, D.C. | | |

Explanation (Show any positions replaced)

Replaces GS-1102-11-9003

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Act |
|---|---|---|
| [X] Exempt  [ ] Nonexempt | [ ] Executive Personnel Financial Disclosure  [ ] Employment and Financial Interests | [X] Yes |

| 10. Position Status | 11. Position Is: | 12. Sensitivity | 13. Competitive Level |
|---|---|---|---|
| [ ] Competitive  [X] Excepted (Specify in Remarks)  [ ] SES (Gen.)  [ ] SES (CR) | [ ] Supervisory  [ ] Managerial  [X] Neither | [ ] 1-Non-Sensitive  [ ] 2-Noncritical Sensitive  [ ] 3-Critical Sensitive  [ ] 4-Special Sensitive | |

14. Agency Use

### 15. Classified/Graded by

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | Contract Specialist | GS | 1102 | 11 | alg | 5-23 |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | Contract Specialist | GS | 1102 | 11 | | |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify): Vacant

18. Department, Agency, or Establishment: Library of Congress

a. First Subdivision: Office of the Librarian

b. Second Subdivision: Integrated Support Services

c. Third Subdivision: Contracts and Logistics Services

d. Fourth Subdivision: Contracts Section

e. Fifth Subdivision:

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional):

Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor:
Debra B. D. Murphy, Chief
Contracts and Logistics Services

Signature: [signed] Joan M. Fetter, Acting Chief     Date: 5/9/01

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional):
Linda J. Washington, Director
Integrated Support Services

Signature: [signed] Linda J. Washington     Date: 5/14

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, consistently with the most applicable published standards.

Typed Name and Title of Official Taking Action:
Annie L. Gartmon, Classification Specialist
Classification Working Group

Signature: [signed] Annie L. Gartmon     Date: 5-23-01

22. Position Classification Standards Used in Classifying/Grading Position:
GS-1102 series

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

### 23. Position Review

| | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

In promotion plan with: GS-1102-07-9001
                      GS-1102-09-9002

#10.  Legislative Agency.

HK EXHIBIT
Fleming
6
8/30/06

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265        Previous Edition Usable        5008-106        OF 8 (Rev. 1-85)
U.S. Office of Personnel Management

## Contract Specialist, GS-1102-11
### Duties

### Contract/Procurement Advice and Assistance 35%

Plans and advises on procurement actions with requesting offices. Inteprets procurement regulations and policies for the activity.

Provides procurement advice and assistance to program managers, technical and financial specialists, co-workers, and/or others on contract or procurement policies, problems, or issues.

### Advertises for Products and Services 25%

Serves as Contract Specialist responsible for preparing all aspects of the contracting transactions from initiation or a requirement to recommendation of award of a contract to procure items or services where standard contracting procedures must be modified. Identifies planning needs for future procurement items. Reviews complex requests for procurement. Provides guidance to technical and requirements personnel involved in the development of the statement of work or data requirements and specifications. Formulates the contracting approach to be taken that will best staisfy the requirement. Insures the bid schedule is properly structured, prepares the solicitation, determines the sources to be solicited, conducts pre-bid conferences, processes protests, determines the responsiveness of bids or proposals and determines the responsibility of the successful bidder or offeror based on an evaluation of financial and technical information gained during the pre-award survey, conducts negotiation sessions, and awards or recommends award of the contract. Performs contracting work through use of negotiation techniques. Prepares a written request for proposal, publicizes the requirement, issues the solicitation document, analyzes offers received, preapres a negotiation position, evaluates technical cost proposals, negotiates cost, fee, or profit as well as technical issues, and enters into a formal contract with the offeror.

Advertises for a variety of products and/or services.

### Negotiates Contract Termination Settlement 15%

Negotiates for termination of contracts with nonstandard terms and conditions. Negotiates settlements for changes, approves contract payments, assesses liquidated or actual damages for nonperformance, issues show cause or cure notices, terminates contracts for default or convenience and negotiates settlements.

Negotiates the termination settlement with the contractor including equitable adjustments, change proposals, costs, profit, and other related matters.

- 2 -

### Negotiates Contract Modifications 15%

Negotiates modifications to contracts with nonstandard terms and conditions. Decisions are based on in-depth analysis of alternatives and knowledge of the unique capabilities and characteristics of the assigned contractors, and require resolution of incomplete or conflicting technical and contractor data. Responsible for termination assignments. Informs contractor of appeal rights under the contract. Reviews and analyzes settlement proposals, audit reports, technical evaluations, and subcontractor's claim. Evaluates and negotiates. Requests for Equitable Adjustments (REA). Prepares and reviews contracting documents and files. Negotiates contract modifications and the terms and costs of contract changes.

### Determines Responsiveness of Bids/Proposals 10%

Determines sources to be solicited, conducts pre-bid or pre-proposal conferences, and determines the responsiveness of bids or proposals for a variety of contracts which require special handling provisions or other nonstandard terms and conditions.

Evaluates the responsiveness of the contractor's bid or offer to the solicitation.

### Factor 1-7

### Knowledge Required by the Position

The position requires knowledge of contracting principles, laws, statutes, Executive Orders, regulations and procedures applicable to pre-award and/or post-award actions sufficient to procure and/or administer contracts for a variety of specialized equipment, services, and/or construction studies of problem areas and develop standard methods and operating procedures. Familiarity with business practices and market conditions applicable to program and technical requirements is required sufficient to evaluate such actions as bid responsiveness, contractor responsibility, and/or contractor performance.

### Factor 2-4

### Supervisory Controls

The supervisor sets the overall objectives of the work as well as the available resources. The employee, in consultation with the supervisor, develops specific objectives and priorities. The employee independently plans and carries out the work, selecting the approaches and techniques to be used, and informs the supervisor of progress and significant problems. Work is evaluated on the degree to which program and regulatory requirements are met.

- 3 -

### Factor 3-3

### Guidelines

Guidelines, precedents, and written policies exist for procurements or contracts assigned, and historical data pertinent to the evaluation of prices and basic elements of cost. Contractual actions, however, generally require adaptation by the specialist. The employee uses judgment in interpreting guidelines, in adapting procurement procedures, or in recommending approaches or solutions for specific problems.

### Factor 4-4

### Complexity

The work involves varied duties requiring many different and unrelated processes and methods which cover the full range of contracting activities in the assigned functional area(s) or contract reviews which reveal trends and common problems. The employee develops data and recommends or initiates action to resolve a variety of problems. Actions include factors not routinely encountered. Determining what needs to be done includes analysis of alternatives, adaptation, or modification of procedures, or resolution of incomplete or conflicting technical or contractor data.

### Factor 5-3

### Scope and Effect

The purpose of the work is to perform routine pre-award or post-award contracting functions which affect the quality and timeliness of contracts awarded or administered by higher level specialists, as well as the timely support provided to the requiring office in terms of products or services procured.

### Factor 6-3

### Personal Contacts

Personal contacts include a variety of specialists, managers, officials, or groups from outside the employing agency in a moderately structured setting where the purpose and extent of each contact is usually different, and the role and authority of each arty is identified and developed during the course of the contact.

- 4 -

**Factor 7-2**

**Purpose of Contacts**

Contacts are to plan and advise on procurement actions with requiring offices, to coordinate actions with support offices, and to resolve related procurement problems. Contacts outside the agency are to follow up on procurements or resolve routine problems.

**Factor 8-1**

**Physical Demands**

The work is sedentary.

**Factor 9-1**

**Work environment**

The work is performed in an office setting.

File: CONTSPECGS11