**Library of Congress - Equal Employment Opportunity Complaints Office**
## COMPLAINT OF DISCRIMINATION
(LCR 2010-3.1)
(Because of Race, Color, Religion, Sex, National Origin, Age,
Physical or Mental Disability, Sexual Harassment, and/or Reprisal)

1. Full Name
   Valda Murfree-Fleming

2. Address
   212 Dauntly Street

3. City
   Upper Marlboro
   State: MD
   Zip Code: 20774

4. Telephone Numbers (including area code)
   Home: 301/249-4086   Work: 202/707-0468

5. Are you now employed?
   ☐ Yes (Answer A, B, C, and D)   ☐ No (Continue with Question 6)

   A. Name of Employer
      Library of Congress
   B. Address of Employer
      101 Independence Avenue
   C. City, State, Zip Code
      Washington, D.C. 20540

   **RECEIVED JUL - 3 2002**
   Equal Employment Opportunity Complaints Office
   178

   D. Current Position Title, and Grade or Salary
      Contracting Officer

6. Date on which alleged discrimination took place (Month/Day/Year)
   November 1, 2001

7. Name(s) and Title(s) of Person(s) you believe discriminated against you
   The Library of Congress, and Linda J. Washington, Director ISS; Cassie Martin, Acting Head of Contracts, Kaye Klinker, Team L~~, Gary Columbia, Supervisor of Kaye Klinker~~

8. Name of Office which you believe discriminated against you
   Integrated Support Services and the Library of Con

9. Indicate below alleged basis of discrimination
   ☒ A. Race. State your race
      African American
   ☐ B. Color. State your color
   ☐ C. Religion. State your religion
   ☐ D. Sex. State your sex
   ☐ E. National Origin. State your national origin
   ☐ F. Age. State your age, and date of birth
   ☐ G. Physical or Mental Disability. State the nature of your disability
   ☐ H. Sexual Harassment. State your sex
   ☐ I. Reprisal. Explain connection with the EEO process

EXHIBIT
Fleming
14
8/30/06

**10. Do you have a Representative?**
☒ Yes (Answer A, B, C, and D)    ☐ No (Continue with Question 11)

**A. Name of Representative**
Julius Dow

**B. Telephone Number of Representative (include area code)**
707-5926

**C. Address of Representative**
101 Independence Avenue, S.E.,

**D. City, State, Zip Code**
Washington, D. C.  20540

**11. Explain how you were discriminated against** (treated differently than other employees or applicants) because of your color, race, religion, sex, national origin, age, physical or mental disability, sexual harassment, or because of reprisal. What action(s) was taken against you that you believe to be discriminatory? What harm, if any, were you subjected to in your work situation as a result of that action? (Attach continuation sheet, if necessary.) On November 1, 2001, Cassie Martin, Acting Head of Contracts, under the direction and approval of Linda Washington, reorganized the Contracts Office, which created a Black Team and an all-White team. The White team is supervised by Kaye Klinker (my previous Team Leader), and has the ability to be promoted up to the GS14/15 level. I was assigned to the Team two, Small Purchases with no potenti[al] for promotion, and complex responsibilities were taken away from me (contracts over $100,0[00] with the exception of one contract, that Mrs. Washington request that I maintain, work o[n] and award. Mrs. Washington, on behalf of the Library of Congress (LOC) stopped my progres[s] and my potential for promotion to the next GS level, and my opportunity to become a full-fledged contracting officer, working on contracts at the $100,000 level. Mrs. Washingto[n] returned the contracts office back to its original status of all Whites on the Contra[cts] team and all blacks to the Small purchases team. During the meeting on November 1, Mrs. Washington openly said that she was not interested in promoting me to the GS-12 level, and became very irritated when I asked questions during the meeting when the annou[nce]ment was made to reorganize. Mrs. Washington was once my mentor, and knew what my goals were. Also, a White male in the office, Chris Hansen is a GS-12, and performs the exact duties that I perform for the past approximately 4 to 5 years. This is an ongoing problem When Debra Murphy arrived at LOC, she attempted to level the playing field. Once Mrs. Was[hington] abolished her job, things returned to the normal situation under Gary Columbia's reign.

**12. What corrective action(s) are you seeking?** To be placed back in my position of working on actions at and above the $100,000 level. Backpay at the GS-12 level tied back to a promotion of my white co-worker Chris Hansen, who performs the same duties that I perform. Immediate promotion to the GS-12 level.

The reorganization clearly discriminated against African American Women by placing them all on one team, where there is no pomotional or advancement potential.

**13. Have you discussed your complaint with an Equal Employment Opportunity Counselor?**
☒ Yes. Name of Counselor: Cortez Austin
☐ No

**14. Have you raised this issue in another forum?**
☒ Dispute Resolution Center. Name of Convenor: Cortez Austin
☐ Grievance

**15. Date of this complaint (Month/Day/Year)**
July 2, 2002

**16. Complainant's Signature**
[signature]