**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VALDA MURFREE-FLEMING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES H. BILLINGTON, )<br>In his official capacity as )<br>Librarian of Congress, )<br>)<br>Defendant. )<br>_____) | No. 05-1180 (HHK) |

**ORDER**

This matter comes before the Court on defendant's motion for summary judgment.  Upon consideration of the relevant pleadings, applicable law, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED that defendant's motion is granted.

This is a final, appealable Order.

_____
Henry H. Kennedy
United States District Judge

cc:   Counsel of Record via ECF