UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VALDA MURFREE-FLEMING | : | |
| Plaintiff, | : | |
| v. | : | No. 05-1180(HHK) |
| JAMES H. BILLINGTON, | : | |
| In his official capacity as | : | |
| Librarian of Congress, | : | |
| Plaintiff. | : | |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION**

**FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, plaintiff Valda Murfree-Fleming, through the undersigned attorney, hereby moves this Court to deny defendant's Motion for Summary Judgment in his favor. The plaintiff submits that there are genuine issues of fact and that defendant is not entitled to judgment as a matter of law.

I n support of this motion, plaintiff respectfully refers the Court to the accompanying memorandum of points and authorities which supports plaintiff's position that there are genuine issues of fact that need to be tried by a trier of fact. A draft order denying defendant's Motion for Summary Judgment is attached.

Respectfully Submitted,

_____
Bobara E. Liles, Esq.
11309 Indian Wells Lane

                                              Mitchellville, Md. 20721
                                              (301) 350-0991
                                              Attorney for Plaintiff
                                               (Bar #952002)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13TH day of November 2006, a true and correct copy of the above forgoing **PlAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was hand delivered to:

>John F. Hernault
>Assistant United States Attorney
>Judiciary Center
>555 Fourth Street, NW
>Washington, D.C. 20001

_____
Bobara E. Liles, Esq.