UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALDA MURFREE-FLEMING                    )
                                         )
            PLAINTIFF,                   )
                                         )
                                         )        No. 05-1180 (HHK)
                                         )
JAMES H. BILLINGTON,                     )
In his official capacity as             )
Librarian of Congress,                   )
                                         )
            DEFENDANT                    )
_____)


NOTICE OF ERRATA IN RELATIONSHIP TO PLAINTIFF'S OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME


TO THE HONORABLE DISTRICT COURT:

        Plaintiff, through the undersigned attorney, hereby give notice of Errata to the Court and
all parties regarding the filing of Plaintiff's Opposition to Defendant's Motion for Summary
Judgment due to the following circumstances:

1.      Plaintiff's Opposition was due on November 13, 2006.

2.      Plaintiff's Opposition was completed on November 13, 2006. However, the undersigned
        attorney along with her assistant was unable to successfully file the document
        electronically as required by the Court.

3.      Plaintiff contacted ECF for instruction, which they gave.. However, by the time the
        undersign attorney realized that neither she nor her assistant were unable to electronically
        file the 30 page document we were too late to obtain official assistance.

4.      Every time we tried to send the document we got a "Code 48" and the document would
        not go through. When we realized that we were not going to be successful, we left a
        message with the Clerk of the Court advising her of our problem.

5.      On the morning of November 14, 2006, the undersigned attorney through the help of her
        nephew, Gary Carroll, was able to was able to file the Opposition at 8:24 am.

6.    Subsequently, Counsel contacted ECF who advised her that Code 48 meant that there was probably a mechanical problem in the system while we were trying to file the Opposition.

7.    Subsequently, Counsel learned that two Oppositions had been file, one a 9 p.m. on November 13, 2006 and another at 8:24 am on November 14, 2006. We had apparently been successful in transmitting a portion of the Opposition which was in three parts.

8.    However, the one sent out on November 13, 2006 only consisted of three pages which was the first portion of the Opposition.

9.    The one filed on November 14, 2006 was complete.

**DATED : November 15, 2006.**                  Respectfully submitted,

                                                                /s/
                                                                Bobara E. Liles, Esq.
                                                                11309 Indian Wells Lane
                                                                Mitchellville, Md. 20721
                                                                (301) 350-0991
                                                                Attorney for Plaintiff
                                                                 (Bar #952002

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 15th day of November is a true and correct copy of the above forgoing  NOTICE OF ERRATA IN RELATIONSHIP TO PLAINTIFF'S  OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OUT OF TIME was e- mailed to the Defendant.

            John F. Hernault
            Assistant United States Attorney
            Judiciary Center
            555 Fourth Street, NW
            Washington, D.C. 20001

            _____
            Bobara E. Liles, Esq.