```
 1    A    He was in the affirmative action program as well.
 2  We were --
 3    Q    Okay.
 4    A    -- the only two in the affirmative action programs.
 5    Q    Okay, and then he became a procurement specialist?
 6    A    I can't say exactly what his title was, but he came
 7  in the same way that I did.
 8    Q    Okay.  Were you and Mr. Baytop in the same series?
 9    A    1102s?
10    Q    Yes, ma'am.
11    A    I'm sure he was in 1102.
12    Q    Okay, do you know for a fact that he was?
13    A    No, I don't know.
14    Q    Do you believe he was?
15    A    Yes, because everyone over there is -- basically are
16  1102s.
17    Q    Okay.  Do you know what grade he started as a
18  procurement specialist?
19    A    No, I don't.
20    Q    Okay.  Do you know if he -- so you don't know if he
21  started at a 9?
22    A    No, I don't know.
23    Q    You don't know what circumstance led to receiving a
24  GS-11, if he received a GS-11 position?
25    A    Well, I just know we were in identical programs.
```

```
 1      Q    Okay.  Do you know if he had to apply for a
 2 promotion from the GS-11 to GS-12 position?
 3      A    Don't know it.
 4      Q    Okay.  Do you know -- now what grade did you say you
 5 believe he, he is now?
 6      A    Well, he is retired now, but he, he left at I think
 7 it was a 12, a GS-12.
 8      Q    Okay, so -- but you don't know whether or not he had
 9 to apply and compete for a GS-12 position, do you?
10      A    I don't believe he did.
11      Q    But you don't know whether he did or not?
12      A    I don't know.
13      Q    Okay.  Do you have any documents or any statements
14 from Mr. Baytop regarding his promotion from GS-11 to GS-12?
15      A    A statement from him?
16      Q    Anything.  Any documents regarding his promotion?
17      A    I just know he, he received it.  That's the only
18 thing I know.
19      Q    Okay, and, and your position -- do you know when he
20 received it?
21      A    I don't know the year, no.
22      Q    Did he start in contracts and logistics division the
23 same time you did?
24      A    No, he was there prior to me.
25      Q    Okay.  How long before you was he there?
```

```
1     A    I don't know that.
2     Q    How long ago did he retire?
3     A    He's been retired for at least 3, 3 to 4 years now.
4     Q    Okay, and, and how long was he a GS-12 before he
5  retired?
6     A    Don't know that.
7     Q    How long was he a GS-11 before he was promoted to
8  GS-12?
9     A    I don't know.  I'm going to say I don't know the
10 history of his promotions.
11    Q    Okay, so -- but your position is that because Mr.
12 Baytop had received a GS-12 --
13    A    Um-hum.
14    Q    -- and had previously been in the affirmative action
15 associate program that you should also receive a GS-12?
16    A    No, I didn't say that.  I was saying that we -- the
17 affirmative action was the same for all, for all employees and
18 that we, we really should have been getting -- receiving the
19 same types of treatments under the same laws and rules and
20 regulations.  That's all -- the same.
21    Q    Okay, but you don't know whether Mr. Baytop had to
22 compete and apply for a 12 position?
23    A    I don't.
24    Q    Okay.  Was your understanding of your procurement
25 specialist GS-11 position, and I apologize if I have asked
```