UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALDA MURFREE-FLEMING          :

       Plaintiff,             :

v.                             :   No. 05-1180(HHK)

JAMES H. BILLINGTON,           :
In his official capacity as    :
Librarian of Congress,         :

       Defendant              :

## MOTION TO RESIGN FROM CASE

I, the undersign attorney requests that I be allowed to withdraw as attorney in the above captioned case for the following reasons:

I am presenting suffering from a mental disorder as well as physical complications that requires me through the advise of my counsel (Attorney Jacob Stein) and my doctors to suspend my membership in the D.C. Bar for the foreseeable future. My resignation has already been accepted by the judges in D.C. Superior Court.

Therefore, I respectfully request that I be removed from this case and that Ms. Murfree-Fleming be assigned appropriate counsel or be given additional time to find new counsel.

Ms. Murfree-Fleming is aware of this request and is in agreement. Mr. John F. Hernault, Assistant United States Attorney has also been made aware of this Motion.

Respectfully Submitted,

/s/ [signature]

RECEIVED
JUN 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Bobara E. Liles, Esq.

11309 Indian Wells Lane

Mitchellville, Md. 20721
(301) 350-0991
Attorney for Plaintiff
(Bar #952002)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2007, a true and correct copy of the above forgoing **MOTION TO RESIGN FROM CASE** was sent by e-mail and mailed by First Class mail to:

John F. Hernault
Assistant United States Attorney
Judiciary Center
555 Fourth Street, NW
Washington, D.C. 20001

/s/ Bobara S. Liles
_____
Bobara E. Liles, Esq.