UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALDA MURFREE-FLEMING,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JAMES H. BILLINGTON,**<br><br>　　　　　　**Defendant.** | Civil Action 05-01180  (HHK) |

## JUDGMENT

For the reasons articulated in the court's memorandum opinion docketed this same day, it is this 17th day of July, 2007, hereby

**ORDERED** that **JUDGMENT** is entered in favor of defendant and against plaintiff.


　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge