UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VALDA MURFREE-FLEMING,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES H. BILLINGTON,**<br><br>Defendant. | Civil Action 05-01180 (HHK) |

# E R R A T U M

The following correction should be noted in the court's Memorandum Opinion filed in the above-captioned case, docketed July 17, 2007, Document #17:

Page 4, paragraph 1, line 4, delete the letter "B." and insert "B," line 5, before the words "Race Discrimination Claim."

**SO ORDERED**.

Henry H. Kennedy, Jr.
United States District Judge

Dated: July 17, 2007