UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALDA MURFREE-FLEMING )
)
)
Plaintiff, )
)
v. )  Civil Action 05-01180 (HHK)
)
JAMES H. BILLINGTON, )
)
Defendant. )
)
_____ )

## MOTION FOR RECONSIDERATION

The plaintiff in this matter, Valda Murfree-Fleming herein requests a reconsideration in this matter for the following reasons:

1. The Plaintiff's attorney Bobara Lyles has become both physically and mentally ill and was unable to represent the plaintiff at the plaintiff's Summary Judgment hearing. On such short notice the plaintiff was unable to obtain counsel. Plaintiff is at a disadvantage because, each attorney plaintiff sought representation declined due to the stage of the case. The plaintiff also respectfully requests the court to appoint her an attorney in this matter.

2. Due to Plaintiff's attorney's illness the plaintiff believes that she has not been properly represented in this matter;

3. The plaintiff is requesting the reconsideration in order that she may seek counsel; or

**RECEIVED**

AUG 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. In the event that the plaintiff finds it necessary to act prose due to being unable to obtain counsel, plaintiff also seeks additional time to prepare herself to act on her own behalf in this matter.

## CONCLUSION

For the foregoing reasons the Plaintiff respectfully requests that she be afforded the opportunity to present her case before this Court of Law.

Respectfully submitted,

Valda C. Murfree-Fleming, pro se
Plaintiff
212 Dauntly Street
Upper Marlboro, MD 20774
(301) 523-4086

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this 15th day of August 2007, a true and correct copy of the above foregoing MOTION FOR RECONSIDERATION was mailed by first class mail to:

John F. Hernault
Assistant United States Attorney
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

2