**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| VALDA MURFREE-FLEMING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-1180 (HHK) |
| ) | |
| JAMES H. BILLINGTON, ) | |
| In his official capacity as ) | |
| Librarian of Congress, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER**

This matter comes before the Court on plaintiff's motion for reconsideration. Upon consideration of all applicable pleadings, the record herein and applicable law, it is this _____ day of _____, 2007, hereby

ORDERED, that plaintiff's motion is DENIED.

_____
Henry H. Kennedy
United States District Judge