**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **VALDA MURFREE-FLEMING,**<br><br>                    **Plaintiff,**<br><br>             **v.**<br><br>**JAMES H. BILLINGTON,**<br><br>                    **Defendant.** | **Civil Action 05-01180  (HHK)** |

**ORDER**

Before the court is plaintiff's motion for reconsideration of the court's memorandum opinion and judgment entered on July 17, 2007.  Upon consideration of the motion, the opposition thereto, and the record of this case, it is this 31st day of August, 2007, hereby

**ORDERED** that the motion [#20] is **DENIED**.

                                        Henry H. Kennedy, Jr.
                                        United States District Judge