# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5329**           **September Term, 2007**

05cv01180

**Filed On:**

Valda Murfree-Fleming,
    Appellant

v.

James H. Billington, In his official capacity as
Librarian of Congress,
    Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED DEC 1 1 2007

CLERK

### ORDER

By order filed October 2, 2007, appellant was directed to file certain initial submissions by November 1, 2007. To date, appellant has not complied with the court's October 2, 2007, order. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 45 days after the date of this order.

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 2/1/08
BY: [Deputy Clerk signature]
ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: Linda Jones
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk